

U.S. Department of Justice

PERT B. COLLINGS
MAGISTRATE JUDGE
MAY 27 2005
UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

May 27, 2005

John H. Cunha, Jr., Esq.
Cunha & Holcomb, PC
One State Street, Suite 500
Boston, MA 02109

    Re:  United States v. Jose Neto
          <u>Criminal No. 05-10101</u> - *MEL*

Dear Counsel:

    Pursuant to Fed. R. Crim. P. 16 and Rules 116.1(C) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, the government provides the following automatic discovery in the above-referenced case:

A.    <u>Rule 16 Materials</u>

1.    <u>Statements of Defendant under Rule 16 (a)(1)(A)</u>

    a.    <u>Written Statements</u>

    The United States has previously produced to you on 3/24/05 the following relevant written statements made by the defendant, Jose Neto:

    1)    Copy of <u>Miranda</u> Advice of Rights form signed by defendant dated 3/15/05;
    2)    U.S. Marshals Service Booking Information Form for Jose Pereira Neto on 4/26/05.

    b.    <u>Recorded Statements</u>

    Eight (8) consensual video recordings were made of the following undercover meetings and were produced to you on 4/1/05:

    1)    10/28/04 meeting between Neto and SA Perrella
    2)    11/17/04 meeting between Neto and SA Perrella

```
3)   12/01/04 meeting between Neto and SA Perrella:
     Udson Euriques
4)   12/7/04 meeting between Neto and SA Perrella:
     Robson Sena
5)   12/22/04 meeting between Neto and SA Perrella
6)   1/5/05 meeting between Neto and SA Perrella
7)   2/9/05 meeting between Neto and SA Perrella
8)   3/15/05 meeting between Neto and SA Perrella
```

Enclosed is a CD of the audio track (enhanced) from video cassette of 9/27/04 meeting between Neto and SA Perrella. (Video cassette previously turned over to defense counsel by the government).

Due to a recording device malfunction there is no video available for the 3/9/05 meeting between the defendant and SA Perrella. Enclosed is a copy of the ICE Report (No. 130) for that meeting.

Consensual tape recordings made of telephone conversations involving the defendant, Jose Neto, are being produced for your review at this time. Please see the attached Discovery Report for dates and descriptions of the enclosed audio tapes.

    c.    <u>Grand Jury Testimony of the Defendant</u>

The defendant Jose Neto did not testify before a grand jury in relation to this case.

    d.    <u>Oral Statements to Then Known Government Agents</u>

The following documents are enclosed:

```
1)   ICE Report No. 121 Interview of Jose Neto by SA
     Perrella after arrest on March 15, 2005; and
2)   ICE Report No. 005 Interview of Jose Neto by SA
     Perrella on 9/24/04.
```

2. <u>Defendant's Prior Record under Rule 16 (a)(1)(B)</u>

Enclosed is a copy of the defendant's prior criminal record.

3. <u>Documents and Tangible Objects under Rule 16(a)(1)(C)</u>

All books, papers, documents and tangible items which are within the possession, custody or control of the government, and which are material to the preparation of the defendant's defense or are intended for use by the government as evidence in chief at

the trial of this case, or were obtained from or belong to the defendant, may be inspected by contacting the undersigned Assistant U.S. Attorney and making an appointment to view the same at a mutually convenient time.

4. <u>Reports of Examinations and Tests under Rule 16 (a)(1)(D)</u>

There presently are no reports of physical or mental examinations or scientific tests or experiments made in connection with this case.

B. <u>Search Materials under Local Rule 116.1(C)(1)(b)</u>

A search warrant was executed at 33 Blaine Street, Allston, Massachusetts on March 15, 2005. A copy of the search warrant, application, affidavit, and return are enclosed. Copies of the items obtained during the execution of the search are enclosed.

An inventory search was conducted of a 1996 Toyota Camry Sedan on March 15, 2005 by ICE SA Marzan. Enclosed is an inventory of evidence seized during that inventory search.

D. <u>Consensual Interceptions under Local Rule 116.1(C)(1)(d)</u>

A written description of interceptions (as the term "intercept" is defined in 18 U.S.C. § 2510(4)) of [wire/oral/electronic] communications, relating to the charges contained in the indictment made with consent of one of the parties to the communication ("consensual interceptions"), in which the defendant was intercepted or which the government intends to offer as evidence in its case-in-chief is enclosed.

See attached list "Recorded Telephone Conversations With Neto."

The conversations on these tape recordings are primarily in English.

Although not required by Local Rule 116.1 (C)(1)(d)(i), on March 24, 2005, the United States produced to you the following reports, which include reports relating to the consensual recordings:

    1) Copy of <u>Miranda</u> Advice of Rights form signed by defendant dated 3/15/05;
    2) List of Neto Employees'
    3) ICE Report No. 001 re: Bribe Offer Made to ICE Agent;
    4) ICE Report No. 002 re: Neto Gives ICE/Boston SSA

3

```
          $20,000;
     5)   ICE Report No. 003 re: Payment of $22,000;
     6)   ICE Report No. 004 re: Bribe Payment of $4,000;
     7)   ICE Report No. 005 re: Payments Made by Neto;
     8)   ICE Report No. 006 re: Bribe Payment of $11,000 on 1/5;
     9)   ICE Report No. 007 re: Bribe Payment of $8,000 by Neto
          to UC ICE/SSA;
    10)   ICE Report re: Correction of Meet Date;
    11)   ICE Report No. 009 re: Bribe Payment of $28,000 Dollars
          by Neto;
    12)   ICE Report No. 010 re: Bribe Payment of $55,100 Dollars
          by Neto;
    13)   ICE Report No. 011 re: Arrest of Jose Neto for 18 USC
          201;
    14)   ICE Report No. 012 re: Interview of Jose Neto;

    15)   ICE Report No. 058 re: Meeting between S/SA Perrella
          and Neto on January 5, 2005;
    16)   ICE Report No. 056 re: Monitored Meet between S/SA
          Perrella and Neto on 12/22/04;
    17)   ICE Report No. 026 re: Meeting on December 2, 2004
          between Neto and SA Perrella;
    18)   ICE Report No. 022 re: Meet between UC Special Agent
          Perrella and Neto on 11/17/2004;
    19)   ICE Report No. 009 re: Meet between Jose Neto and SA
          Perrella (9/27/04);
    20)   ICE Report No. 005 re: Interview of Jose Neto by
          Special Agent Perrella (9/24/04);
```

E.   <u>Unindicted Coconspirators under Local Rule 116.1(C)(1)(e)</u>

There is no conspiracy count charged in the indictment.

F.   <u>Identifications under Local Rule 116.1(C)(1)(f)</u>

The defendant Jose Neto was a subject of an investigative identification procedure used with a witness the government anticipates calling in its case-in-chief involving a photo spread display of an image of the defendant. A copy of the photo spread used in or memorializing the identification procedure is enclosed.

G.   <u>Exculpatory Evidence Under Local Rule 116.2(B)(1)</u>

With respect to the government's obligation under Local Rule 116.2(B)(1) to produce "exculpatory evidence" as that term is defined in Local Rule 116.2(A), the government states as follows:

4

   1.   The government is unaware of any information that would tend directly to negate the defendant's guilt concerning any count in the indictment.

   2.   The government is unaware of any information that would cast doubt on the admissibility of evidence that the government anticipates offering in its case-in-chief and that could be subject to a motion to suppress or exclude.

   3.   The following promises, rewards, or inducements have been given to witnesses whom the government anticipates calling in its case-in-chief:

   See enclosed list entitled "Benefits received."

   4.   The government is aware that the named case-in-chief witnesses have a criminal record:

   1) Robson Barbosa Sena - Arrest 2/13/98 - Obstruction of Justice by Rhode Island State Police (Criminal History attached).
   2) Pedro Adriano (a person with exact name and dob is believed to have pending charges in Brazil for murder.
   3) Michael Marcondes (Maikol Gomes Paula) - pending charges for rape of a child (Criminal History attached).

   6.   The following named percipient witnesses failed to make a positive identification of a defendant with respect to the crime(s) at issue.

   See attached list of individuals. (Please note that not all people interviewed during the course of this investigation were shown the photo array containing the picture of Jose Neto).

H.   Other Matters

   The government is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(B)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

   The government requests reciprocal discovery pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(D).

The government demands, pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, written notice of the defendant's intention to offer a defense of alibi. The times, dates, and places at which the alleged offenses were committed is are set forth in the indictment in this case, a copy of which you previously have received.

Please call the undersigned Assistant U.S. Attorney at 617-748-3147 if you have any questions.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

By:
                Paul G. Levenson
                Assistant U.S. Attorney

enclosures

cc:  Noreen Russo
     Clerk to the Honorable Magistrate
     Judge Robert B. Collings
     (w/o enclosures)