# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2005-10101-MEL

JOSE NETO,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/12/2005 - Indictment returned.

4/13-18/2005 - Filing to decision on Motion #8.

4/29/2004 - Arraignment

4/30 - 5/27/2005 - Excluded as per L.R. 112.2(A)(2)

6/16/2005 - Conference held.

6/17 - 8/12/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of August 12, 2005, TWENTY-NINE (29) non-excludable days

will have occurred leaving FORTY-ONE (41) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 16, 2005.