UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 05-10101 MEL (RBC) |
| JOSE NETO, | ) ) ) | |
| defendant. | ) ) | |

JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

Pursuant to the Court's Order of June 16, 2005, the parties have conferred and report to the Court as follows with respect to the issues listed in Local Rule 116.5(C)(1-9):

1.  Outstanding Discovery Issues:

The parties are current with their discovery obligations. Defendant may wish to further review items seized by search warrant to determine if there is any basis for a suppression motion.

2.  Neither party currently anticipates additional discovery as a result of future receipt of information, documents or reports of examination or tests.

3.  Defendant does not intend to raise a defense of public authority or insanity.

4.  The United States has requested notice of alibi. Defendant has not provided any alibi information.

5.  To date Defendant has not filed any motion requiring ruling by the District Court.

6.  The parties jointly request a continuance of the Final Status Conference, to allow the review and disclosure of evidentiary material, as discussed below in items 7-8.

7.  The parties have had preliminary discussions regarding the possibility of an early resolution of the case without trial, as well as the possibility that defendant may file motion(s) to

sever some counts. In that connection, the parties have discussed the possibility that the United States will make limited disclosure of materials that would ordinarily be subject to automatic discovery at a later date, i.e. some Jencks Act materials.

8. The parties agree that additional time should be excluded to allow the United States to determine which Jencks materials to produce, to allow defendant an opportunity to review those materials and to give the parties an opportunity to confer regarding the possibility of a non-trial disposition.

The parties agree that the interests of justice warrant allowing counsel adequate time, in light of their other professional commitments, to determine which materials will be disclosed and to allow a full review of those materials, before defendant is required to make final determinations as to whether any motions under Fed. R. Crim. P. 12(c) are warranted.

Respectfully submitted,

| MICHAEL J. SULLIVAN<br>United States Attorney | JOSE NETO |
|---|---|
| By:/s/ Paul G. Levenson<br>  PAUL G. LEVENSON<br>  Assistant U.S. Attorney<br>  John Joseph Moakley U.S. Courthouse<br>  1 Courthouse Way, Suite 9200<br>  Boston, MA 02210<br>  (617) 748-3147 | By:/s/ John H. Cunha by Paul G. Levenson<br>  John H. Cunha, Esq.<br>  Cunha and Holcomb, P.C.<br>  One State Street, Suite 500<br>  Boston, MA  02109<br>  (617) 523-4300 |

dated: August 31, 2005