# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **No. 05-cr-10101-MEL** |
| | ) | |
| **JOSE NETO** | ) | |

## ASSENTED TO MOTION TO CONTINUE

Defendant hereby moves that this Honorable Court to continue the conference, currently scheduled for September 1, 2005, to a date convenient to the court in late October. In support whereof, defendant states that both parties requested additional time for another conference in the joint final conference memorandum, filed today. Furthermore, defendant states that his counsel is unavailable on September 1, 2005, due to a personal family matter.

As to the length of the postponement, defendant states that his counsel is appearing before the Supreme Judicial Court of Massachusetts next week for oral argument in a murder case, and begins an approximately five week RICO trial before Judge Gertner on September 19, 2005, with reams of discovery to be digested prior to trial.

The government assents to this motion.

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: August 31, 2005

H:\Word\Crim\Neto\Motion to continue.wpd