# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2005-10101-MEL

JOSE NETO,
        Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

9/1/2005 - Conference held.

Thus, as of September 1, 2005, FORTY-EIGHT (48) non-excludable days have occurred leaving TWENTY-TWO (22) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 6, 2005