# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                              CRIMINAL NO. 2005-10101-MEL

JOSE NETO,
        Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on September 1, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    None.

(2)    No.

(3)    No.

(4)    The defendant has not responded to the government's request for

notice of alibi.

(5) No non-discovery type motions have been be filed.

(6) *An Initial Pretrial Conference should be set AS SOON AS POSSIBLE. THE SPEEDY TRIAL ACT CLOCK IS RUNNING.*[1]

(7) The case will probably have to be tried; a trial will take five (5) days.

(8) *See* Further Order of Excludable Delay entered this date.

(9) Five (5) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Five (5) days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 *AS SOON AS POSSIBLE. THE*

---

[1] Counsel for the defendant has indicated that he will request a continuance of the Initial Pretrial Conference. However, since the undersigned is under orders to return criminal cases to the district judges when all discovery disputes have been resolved, the undersigned is without power to grant any continuances and defer returning the file to the district judge on the grounds asserted by defendant's counsel..

*SPEEDY TRIAL ACT CLOCK IS RUNNING*.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LASKER'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 6, 2005.