UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-10101 MEL (RBC) |
| ) | |
| JOSE NETO,  ) | |
| ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME FOR PRETRIAL CONFERENCE
(ASSENTED TO)**

The defendant hereby requests an enlargement of time until October 20, 2005 in the afternoon (because counsel may be on trial, as noted below) to appear for a pretrial conference in the above-captioned matter.

As grounds for this motion, counsel for defendant notes as follows:

The parties have had preliminary discussions regarding the possibility of an early resolution of the case without trial, as well as the possibility that defendant may file motion(s) to sever some counts. In that connection, the parties have discussed the possibility that the United States will make limited disclosure of materials that would ordinarily be subject to automatic discovery at a later date, i.e. some Jencks Act materials.

Defendant further notes that counsel for the United States is currently in trial in the case of United States v. Steven A. Milkiewicz, Crim. No. 04-10339-PJB [NH  CR04-213-01-PB], which trial is expected to conclude no sooner than September 16, 2005. Counsel for the United States has suggested that he will attempt to identify materials for early disclosure after the conclusion of that trial.

Counsel for defendant is currently scheduled to begin a 4-6 week RICO trial on September 19, 2005 in the case of United States v. Edward Washington, before Judge Gertner, which will make

it impracticable to review or conduct necessary follow-up investigation in connection with the materials to be produced.

The parties agree that an enlargement of time is needed to allow the United States to determine which Jencks Act materials to produce, to allow defendant an opportunity to review those materials and to give the parties an opportunity to confer regarding the possibility of a non-trial disposition. The parties further agree that the interests of justice warrant allowing defendant's counsel adequate time, in light of his other professional commitments, to obtain the Jencks Act materials, to fully review of those materials, and – in light of all the discovery materials – to make final determinations as to whether any motions under Fed. R. Crim. P. 12(c) and/or trial-related motions are warranted.

The parties agree that the circumstances of this case warrant a finding that the interests of justice support the allowance of the requested continuance and the requested exclusion of time and that the period from September 2, 2005 through the Pretrial Conference date to be set by the Court should be excluded, for purposes of Speedy Trial Clock Calculations, pursuant to 18 U.S.C. §3161(h)(8)(A).

JOSE NETO,
By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha
B.B.O. No. 108580
Cunha & Holcomb, P.C.
One State Street, Suite 500
Boston, MA 02109
617-523-4300

H:\Word\Crim\Neto\enlargement motion.wpd