UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | No. 05-cr-10101-MEL |
| ) | |
| **JOSE NETO** ) | |

## ASSENTED TO MOTION TO CONTINUE

Defendant hereby moves that this Honorable Court to continue the trial date currently scheduled for January 3, 2006, and to set a status date in late January, 2006, for determining a new trial date.

In support whereof, defendant states that his counsel is just beginning a trial before Judge Gertner, case number 02-10301-NG, which is scheduled to last through the middle of January. Defendant's counsel is also scheduled to appear before Judge Saris on December 1, 2005, to reschedule the trial in case number 04-10195-PBS, previously scheduled to begin December 12, 2005, and has a murder trial scheduled to begin in state court in March. Defendant agrees that the time under this motion to continue will be excludable under the speedy trial act.

Defense counsel has spoken with AUSA Paul Levenson on this matter, who states that he agrees to the continuance, but also has a schedule making it impossible to suggest a new trial date at this time.

        JOSE NETO
        By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: November 28, 2005                                         H:\Word\Crim\Neto\motion to continue 002.wpd