✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF            MASSACHUSETTS

United States of America

v.                                              **APPEARANCE**

Jose Neto

                                        Case Number:   05-10101-MEL

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for    United States of America.

   I certify that I am admitted to practice in this court.

| December 4, 2004 | /s/ Sabita Singh |
|---|---|
| Date | Signature |

| Sabita Singh | 560146 |
|---|---|
| Print Name | Bar Number |

1 Courthouse Way, Suite 9200
Address

| Boston | MA | 02210 |
|---|---|---|
| City | State | Zip Code |

| (617) 748-3686 | (617) 748-3954 |
|---|---|
| Phone Number | Fax Number |