UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
UNITED STATES OF AMERICA    )
                                              )
       v.                                     )        Criminal No. 05-10101-MEL
                                              )
JOSE NETO,                              )
_____)

## MOTION FOR ORDER OF EXCLUDABLE DELAY
## AND AMENDMENT OF PRETRIAL ORDER

Pursuant to 18 U.S.C. § 3161 and Local Rule 112.2, the government requests that the Court enter an Order of Excludable Delay, excluding from its calculation of the time within which the trial of this matter must commence, the time period from January 3, 2006 through and including February 13, 2006. As reason therefor, the government states that the trial of this matter was continued from January 3, 2006 to February 13, 2006 due to the unavailability of defense counsel.

The government further moves that each of the deadlines in the October 20, 2005 Pretrial Order be extended by 30 days, due to the continuance of trial.

Attached is a proposed Order.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                   By: /s/ Sabita Singh

                                          Paul G. Levenson, AUSA
                                          Sabita Singh, AUSA
                                          John Joseph Moakley United States Courthouse
                                          1 Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          Ph:  (617) 748-3100
Dated: December 19, 2005            Fx: (617) 748-3954

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Criminal No. 05-10101-MEL |
| JOSE NETO, ) | |

**ORDER OF EXCLUDABLE DELAY AND AMENDMENT OF PRETRIAL ORDER**

Pursuant to 18 U.S.C. § 3161 and Local Rule 112.2, this Court ORDERS that the time period from January 3, 2006 through and including February 13, 2006 be excluded for purposes of the Speedy Trial Act due to the continuance of trial. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court notes its finding that the continuance of trial was necessitated by the unavailability of the defendant's counsel on the originally scheduled date. Accordingly, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Further, this Court ORDERS that each of the deadlines listed in the Court's October 20, 2005 Pretrial Order shall be extended by 30 days.

By: _____
UNITED STATES DISTRICT COURT

Dated: