UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10101-MEL |
| ) | |
| JOSE NETO, ) | |

## ORDER OF EXCLUDABLE DELAY AND AMENDMENT OF PRETRIAL ORDER

Pursuant to 18 U.S.C. § 3161 and Local Rule 112.2, this Court ORDERS that the time period from January 3, 2006 through and including February 13, 2006 be excluded for purposes of the Speedy Trial Act due to the continuance of trial. Pursuant to 18 U.S.C. § 3161(h)(8)(A), the Court notes its finding that the continuance of trial was necessitated by the unavailability of the defendant's counsel on the originally scheduled date. Accordingly, the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Further, this Court ORDERS that each of the deadlines listed in the Court's October 20, 2005 Pretrial Order shall be extended by 30 days.

By: _____

UNITED STATES DISTRICT COURT

Dated: 12/20/05