UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | Crim. No. 05-10101-MEL |
| ) | |
| **JOSE NETO** ) | |

**ASSENTED-TO MOTION TO CONTINUE**

  The defendant, Jose Neto, hereby moves this Honorable Court to continue the trial date in his case from February 13, 2006, to April 3, 2006.  The defendant was arraigned on January 11, 2006, on a 42-count superseding indictment, which contained six more counts than the original indictment.  It is in the interests of justice that a continuance be granted, in order to allow the defendant and his counsel the additional time needed to prepare a defense, in light of the additional charges for which defendant is now accused, and, if possible, to also resolve this case before trial commences.

  It is the defendant's understanding that the government assents to this motion.  Further, the defendant agrees that if this motion is granted the additional time would be excluded under the Speedy Trial Act.

             JOSE NETO
             By his attorney,

             /s/  *John H. Cunha Jr.*
             John H. Cunha Jr.
             B.B.O. No. 108580
             CUNHA & HOLCOMB, P.C.
             One State Street, Suite 500
             Boston, MA 02109-3507
             617-523-4300

Dated: January 12, 2006            H:\Word\Crim\Neto\motion to continue 003.wpd