AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF **MA**

USA
v
Jose Neto

**APPEARANCE**

Case Number: 05-10101-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for **Jose Neto**

I certify that I am admitted to practice in this court.

1/11/06
Date

1/11/06
N. Russo

_/s/ Helen Holcomb_
Signature

Helen Holcomb   547538
Print Name   Bar Number

One State St., Ste. 500
Address

Boston, MA  02109
City   State   Zip Code

617-523-4300   617-523-4350
Phone Number   Fax Number