UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
    v.                        )    Criminal No. 05-10101-MEL
                              )
JOSE NETO,                    )
_____)

## ASSENTED TO MOTION TO STRIKE SURPLUSAGE IN INDICTMENT

The government moves to strike certain surplusage in the Indictment. During arraignment on the superceding indictment, the Magistrate Judge pointed out two ambiguities which should be clarified.

The first ambiguity is in paragraph 31 which states: "On or about various dates prior to and including March 15, 2005, dates set forth below, at Allston in the District of Massachusetts and elsewhere . . . ." The second ambiguity is in paragraph 33 which states: "On or about various dates prior to and including March 15, 2005, dates set forth below, at Agawam in the District of Massachusetts and elsewhere . . . ."

In each case, although the paragraph references "dates set forth below," no dates are in fact set forth below. In each case, the phrase "dates set forth below" is surplusage. The government therefore requests that the phrase "dates set forth below" be stricken from paragraphs 31 and 33 of the Indictment.

In support of this motion, the government states that the motion is in the interests of justice and that the defendant assents to this motion.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Sabita Singh
_____
Sabita Singh, AUSA
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Ph: (617) 748-3100
Fx: (617) 748-3954

Dated: January 13, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                            )
UNITED STATES OF AMERICA    )
                            )
     v.                     )    Criminal No. 05-10101-MEL
                            )
JOSE NETO,                  )
_____)

**ORDER STRIKING SURPLUSAGE IN INDICTMENT**

In order to clarify the indictment and upon the agreement of the government and the defendant, this Court ORDERS that the words "dates set forth below" be stricken from paragraphs 31 and 33 of the Indictment in this case.

By: _____

UNITED STATES DISTRICT COURT

Dated:

## LOCAL RULE 7.1 COMPLIANCE

    I hereby certify that I conferred with defense counsel in this case on January 13, 2006, and that we attempted in good faith to resolve or narrow the issues.

## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 13, 2006.

    /s/ Sabita Singh  
    Sabita Singh