# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2005-10101-MEL

JOSE NETO,
    Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    1/11/2006 - Arraignment

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 12, 2006.