# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                               CRIMINAL NO. 2005-10101-MEL

JOSE NETO,
        Defendant.

## ORDER

COLLINGS, U.S.M.J.

     The defendant was arraigned on the Superseding Indictment on January 11, 2006. Since counsel advised the Court that no further proceedings are needed other than a further Pretrial Conference before Judge Lasker, it is ORDERED that the case be, and the same hereby is, RETURNED to the Clerk's Office. The Clerk shall note on the docket that the case is no longer referred to Judge Collings

                                                /s/ Robert B. Collings
                                                ROBERT B. COLLINGS
                                                United States Magistrate Judge

January 12, 2006.