UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10101-MEL |
| ) | |
| JOSE NETO, ) | |

### ORDER STRIKING SURPLUSAGE IN INDICTMENT

In order to clarify the indictment and upon the agreement of the government and the defendant, this Court ORDERS that the words "dates set forth below" be stricken from paragraphs 31 and 33 of the Indictment in this case.

By: _____

UNITED STATES DISTRICT COURT

Dated:

1/17/06