UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | )  No. 05 M 0417-RBC |
| | ) |
| **JOSE NETO** | ) |
| | ) |

**MOTION FOR A BRAZILIAN-PORTUGESE-LANGUAGE TRANSLATOR AT TRIAL**

The defendant, Jose Neto, hereby moves that this Honorable Court provide the services of a translator who can interpret in Brazilian-Portugese for him at trial in the above-named case, currently scheduled to begin on April 3, 2006.

The defendant has been detained pending trial. Although the defendant speaks some English, a translator is necessary to conduct his defense.

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: March 13, 2006                                   H:\Word\Crim\Neto\Motion for translator 002.wpd

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via electronic filing upon AUSA Sabita Singh, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.