UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10101-MEL |
| ) | |
| JOSE NETO ) | |

## GOVERNMENT'S WITNESS AND EXHIBIT LIST

The government may call the following witnesses and seek to introduce the following exhibits into evidence in its case-in-chief.

### WITNESSES

Paulo Sergio Alves

Cheryl Bassett, ICE Special Agent

Roberto Candido

Teresa Courtney, ICE OPR Special Agent

Anderson Vargas Da Silva

Arleto Honorio Da Silva

Luis Da Silva

Maria Da Silva

Richard Davies, ICE Special Agent

Mauro Cesar De Oliveira Vargas

Ronaldo Ferreira De Souza

Udson Euriques

Sirlei Fernandes

Glen Fitzpatrick

Wellington Alves Flores

Rogerio Gianei

Flavio Fernandes Marques

Franceslon Fernandes Pereira

Anthony Frietas, ICE Task Force Agent

Keeper of Records for Equity Residential
Equity Residential
5200 Hahns Peak Drive
Loveland, CO 80538

Bernie Navarro, ICE Evidence Custodian

Michael Perrella, ICE Special Agent

Erica Petrillo, ICE Special Agent

Emerson Ramos

Sally Russell, Store Operations Manager
Stop and Shop
Quincy Center Plaza
Quincy, MA 02205

Richard Santos

Fabiana Sena

Jackson Sena

Robson Sena

At the request of the defendant, the government will contact witnesses on behalf of the defendant.

EXHIBITS

1   composite video of undercover meets (09/27/2004 - 03/15/2005)

2   photos of $20,000 provided on 09/27/2004

3   photos of $22,000 provided on 11/17/2004

4   documentation provided on 11/17/2004

5   photos of $4,000 provided on 12/01/2004

6   photos of $9,000 provided on 12/07/2004

7   documentation provided on 12/07/2004

8   documentation provided on 12/22/2004

9   photos of $11,000 provided on 01/05/2005

10  documentation provided on 01/05/2005

11  photos of $8,000 provided on 02/09/2005

12  documentation provided on 02/09/2005

13  photos of $28,000 provided on 03/09/2005

14  documentation provided on 03/09/2005

15  photos of $55,100 provided on 03/15/2005

16  documentation provided on 03/15/2005

17  summary chart of bribery counts

18  summary chart of inducing counts

19  certified copy of deed for 27 - 33 Blaine Street, Allston, MA

20  Equity Residential file on Jose Neto and Belden Court, Apartment M3, Agawam, MA

21  documentation seized from Jose Neto's car on 03/15/2005

22  documentation seized from Jose Neto's house on 03/15/2005

23  Stop and Shop file on Spectro Cleaning Services, Inc.

24    IRS Certification of Lack of Record (2003 - 2005) for Jose Neto or Spectro

25    Stipulations

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Sabita Singh
_____
GEORGE VIEN
SABITA SINGH
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Ph: (617) 748-3100
Fx: (617) 748-3954

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 20, 2006.

/s/ Sabita Singh
SABITA SINGH