UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10101-MEL |
| | ) | |
| JOSE NETO | ) | |

UNITED STATES' REQUEST FOR VOIR DIRE QUESTIONS

The United States of America requests that the Court ask the jury venire the following:

1.    Have you, a family member, or someone close to you ever been involved in a criminal case as either a victim, a witness, or a person charged with a crime?

2.    Are you, a family member, or someone close to you involved in the criminal justice system as a law enforcement officer, a prosecutor, a defense attorney, or an employee of either a prosecutor or a defense attorney?

3.    Have you, a family member, or someone close to you had dealings with the United States' immigration system?

4.    Do you have strong feelings about immigration or about the United States's laws regarding immigration that might make it difficult to decide this case impartially?

5.    Would you believe the word of a person who is an illegal immigrant any more or less, simply because the person is an illegal immigrant?

6.    You will be the sole judges of the facts but you must apply the law as I instruct you, even if you disagree with the law.  Will you have any hesitation in following my instructions on the law?

7.    Do you have any beliefs, whether philosophical or religious, that would make it difficult for you to pass judgment on another person?

8.      Do you have any difficulties with hearing or with understanding English that may affect your ability to understand the testimony of witnesses?

The government reserves the right to supplement, modify or withdraw these requested voir dire questions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul G. Levenson
PAUL G. LEVENSON
SABITA SINGH
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Ph:  (617) 748-3100
Fx: (617) 748-3954

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated:  May 4, 2006

/s/ Paul G. Levenson
PAUL G. LEVENSON