UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10101-MEL |
| | ) | |
| JOSE NETO | ) | |

<u>REDACTED INDICTMENT FOR SUBMISSION TO JURY</u>

In the event the Court chooses to provide the jury with a copy of the Indictment, the

attached is a redacted version which eliminates all references to counts not subject to trial at this

time.  The counts reflected in this redacted indictment are re-numbered accordingly.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated:  May 4, 2006

By: <u>/s/ Paul G. Levenson      </u>
PAUL G. LEVENSON
SABITA SINGH
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and that paper copies will be sent to those indicated as non registered participants on this date.

dated:  May 4, 2006

<u>/s/ Paul G. Levenson      </u>
PAUL G. LEVENSON

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10101-MEL |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 8 U.S.C. § 1324(a)(1)(A)(iii) |
| JOSE NETO, | ) | (harboring illegal aliens) |
| | ) | |
| defendant. | ) | |
| | ) | |

## __INDICTMENT__

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

1.      At all times pertinent to this Indictment, defendant JOSE NETO was a Brazilian citizen who resided in the United States in violation of United States laws regarding Immigration and Nationality.

2.      At times pertinent to this Indictment, defendant NETO was the owner and operator of a business known as Spectro Cleaning Services, Inc., a Massachusetts corporation.

3.      At times pertinent to this Indictment, defendant NETO, through Spectro Cleaning Services, Inc., employed at least 57 individuals who resided in the United States in violation of United States laws regarding Immigration and Nationality.

4.      At times pertinent to this Indictment, defendant NETO was also in the business of sub-letting rooms in an apartment that he rented in Agawam, Massachusetts

5.      At times pertinent to this Indictment, defendant NETO was also in the business of lending money to individuals, for interest in excess of the amounts permitted by law.

6.    At times pertinent to this Indictment, Neto was also in the business of renting apartments in the multi-family residence he owned, located at numbers 27, 29, 31 and 33 Blaine Street, Allston, Massachusetts.

## COUNTS ONE - TWO

### (Harboring Illegal Aliens - 8 U.S.C. § 1324(a))

7.      The Grand Jury realleges and incorporates by reference paragraphs 1-6 of this Indictment, and further charges that:

8.      On or about various dates prior to and including March 15, 2005 at Allston in the District of Massachusetts and elsewhere,

JOSE NETO,

defendant herein, knowing and or in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection, and did attempt to conceal, harbor, and shield from detection, such alien in a building; to wit, the multi-family residences located at 27, 29, 31, 33 Blaine Street, Allston, Massachusetts as follows:

| COUNT | ALIEN |
|-------|-------|
| 1 | R.C. |
| 2 | A.H.D. |

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.

## COUNTS THREE-SEVEN

## (Harboring Illegal Aliens - 8 U.S.C. § 1324(a))

9.      The Grand Jury realleges and incorporates by reference paragraphs 1-6 of this Indictment, and further charges that:

10.      On or about various dates prior to and including March 15, 2005 at Agawam in the District of Massachusetts and elsewhere,

JOSE NETO,

defendant herein, knowing and or in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection, and did attempt to conceal, harbor, and shield from detection, such alien in a building; to wit, 1 Belden Court, Unit M3, Agawam, Massachusetts as follows:

| COUNT | ALIEN |
|-------|-------|
| 3 | R.G. |
| 4 | P.A. |
| 5 | F.M. |
| 6 | W.F. |
| 7 | F.P. |

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 2.