UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-10101-MEL |
| JOSE NETO, | ) ) ) | |
| Defendant. | ) ) | |

## UNITED STATES' WITNESS LIST (REVISED)

The United States anticipates calling the following witnesses in its case in chief:

1. Paulo Sergio Alves (residence Agawam, MA)

2. Rogerio Gianei (residence Agawam, MA)

3. Flavio Fernandes Marques (residence Agawam, MA)

4. Wellington Alves Flores (residence Agawam, MA)

5. Franceslone Pereira (residence Agawam, MA)

6. Arleto Honorio Da Silva (residence Allston, MA)

7. Roberto Candido (residence Allston, MA)

8. Terry Courtney, Special Agent, Immigration and Customs Enforcement, New York, New York.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: May 4, 2006

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
SABITA SINGH
Assistant U.S. Attorneys
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated:  May 4, 2006

                                      /s/ Paul G. Levenson
                                      PAUL G. LEVENSON