UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 05-10101-MEL |
| JOSE NETO, | ) ) ) | |
| Defendant. | ) ) | |

UNITED STATES EXHIBIT LIST (REVISED)

The United States anticipates offering the following exhibits in its case in chief. We reserve the right to supplement this list, in keeping with the provisions of the pretrial order in this case.

Exhibit 1:   Copy of Deed for property 27 - 33 Blaine Street, Allston, MA.

Exhibit 2:   Lease Agreement for M3, Belden Courts, Agawam, MA

Exhibit 3:   Photograph showing 27 - 33 Blaine Street, Allston, MA. (building)

Exhibit 4:   Photograph showing 27 - 33 Blaine Street, Allston, MA. (building front, first floor)

Exhibit 5:   Photograph showing 27 - 33 Blaine Street, Allston, MA. (front doors)

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

dated: May 4, 2006

                                By:  /s/ Paul G. Levenson
                                        PAUL G. LEVENSON
                                        SABITA SINGH
                                        Assistant U.S. Attorneys
                                        John Joseph Moakley United States Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        Ph: (617) 748-3100
                                        Fx: (617) 748-3954


                                CERTIFICATE OF SERVICE

     I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated: May 4, 2006

                                  /s/ Paul G. Levenson
                                  PAUL G. LEVENSON