UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | No. 05 10101-MEL |
| | ) | |
| **JOSE NETO** | ) | |
| | ) | |

### DEFENDANT'S PROPOSED JURY INSTRUCTIONS ON "HARBORING" AND STATE LAW

Defendant, Jose Neto, hereby proposes and requests that the jury be instructed as to the following matters of law:

1. In the Commonwealth of Massachusetts, it is illegal for defendant to refuse to rent or lease an apartment in a house with three or more apartments in it to any person or group of persons on the basis of their race, color, or national origin. It is further illegal for defendant to inquire, either orally or in writing, as to the race, color, or national origin of any person seeking to lease or rent such an apartment.

2. The statute at issue herein penalizes, in relevant part, any person who "knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection ... such alien...." 8 U.S.C. § 1324(a)(1)(A)(iii). "Courts in applying criminal laws generally must follow the plain and unambiguous meaning of the statutory language." *Salinas v. United States*, 522 U.S. 52, 57 (1997) (*quoting United States v. Albertini*, 472 U.S. 675, 680 (1985)). "Conceals" and "shields from detection" both include a secretive or clandestine element. "Harbor" also generally includes a secretive or clandestine element. *See* Black's Law Dictionary, Revised Fourth Edition (1968) (4 of 5 definitions for the verb "harbor"

include "clandestine" or "improper").  In order to show that the defendant knowingly concealed, harbored, or shielded from detection an alien, the government must prove beyond a reasonable doubt not only that the defendant provided lodging to the alien, but that there was a clandestine or secretive element to that lodging.

JOSE NETO<br>
By his attorney,<br>
<br>
/s/ *John H. Cunha Jr.*<br>
John H. Cunha Jr.<br>
B.B.O. No. 108580<br>
Helen Holcomb<br>
B.B.O. No. 547538<br>
CUNHA & HOLCOMB, P.C.<br>
One State Street, Suite 500<br>
Boston, MA 02109-3507<br>
617-523-4300

Dated: May 5, 2006                                                         H:\Word\Crim\Neto\proposed jury instructions.national origin and harboring.wpd

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via electronic filing upon AUSA Paul G. Levenson, U.S. Attorney's Office, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.

2