UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | No. 05-cr-10101-MEL |
| | ) | |
| **JOSE NETO** | ) | |

### DEFENDANT'S RESPONSE TO UNITED STATES REQUEST
### FOR VOIR DIRE QUESTIONS

Defendant, Jose Neto, hereby requests that the government's proposed fourth Voir Dire question, "Do you have strong feelings about immigration or about the United States's laws regarding immigration that might make it more difficult to decide this case impartially?" be abbreviated to simply ask: "Do you have strong feelings about immigration or about the United States's laws regarding immigration?" Defendant further moves for an individual voir dire of any person who answers this question affirmatively.

Should an individual voir dire be conducted, defendant requests that at a minimum the following questions be asked:

1. What are your feelings about immigration or the laws regarding immigration?

2. Do you think it is fair for undocumented immigrants to receive access to public hospitals, schools, or other resources?

3. Do you think it is fair for undocumented immigrants to be employed in the United States?

4. Do you have any regular interactions with undocumented immigrants? What do they consist of?

5.    What are your feelings about deportation of undocumented immigrants?

        JOSE NETO
        By his attorney,

    /s/ *John H. Cunha Jr.*
    John H. Cunha Jr.
    B.B.O. No. 108580
    Helen Holcomb
    B.B.O. No. 547538
    CUNHA & HOLCOMB, P.C.
    One State Street, Suite 500
    Boston, MA 02109-3507
    617-523-4300

Dated: May 5, 2006        H:\Word\Crim\Neto\response.governments voir dire.wpd

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing document was served via electronic filing upon AUSA Paul G. Levenson, U.S. Attorney's Office, 1 Courthouse Way, Boston, MA 02210.

    /s/ *John H. Cunha Jr.*
    John H. Cunha Jr.