UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | )  No. 05-cr-10101-MEL |
| | ) |
| **JOSE NETO** | ) |
| | ) |

## MOTION IN LIMINE

The defendant, Jose Neto, moves this Honorable Court to preclude the introduction of evidence relating to any and all counts to which defendant has pled guilty, including but not limited to evidence relating to paragraphs 3 and 5 of the redacted Indictment, which the government seeks to have introduced to the Jury.

In support whereof, defendant states that if such evidence were to be introduced, it would cause undue confusion and prejudice, unless the jury was also advised that defendant pled guilty to those allegations, which in itself would be unduly prejudicial to the defendant.

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
Helen Holcomb
B.B.O. No. 547538
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
Dated: April 5, 2006                617-523-4300

CERTIFICATE OF SERVICE

I certify that on this date, April 5, 2006, a copy of the foregoing document was served via electronic filing upon AUSA Sabita Singh, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.