UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** )<br>)<br>v.  )   No. 05-cr-10101-MEL<br>)<br>**JOSE NETO** )<br>) | |

## POTENTIAL WITNESS LIST

The defendant, Jose Neto, lists below those person who are potential witnesses in the case at bar:

1. Marlei de Oliveira
   33 Blaine Street
   Allston, Massachusetts

2. Vera Silva
   81 Saint Angel Road
   East Boston, Massachusetts

3. Amadeu Garcia
   31 Blaine Street
   Allston, Massachusetts

                          JOSE NETO
                          By his attorney,

                        /s/ *John H. Cunha Jr.*
                        John H. Cunha Jr.
                        B.B.O. No. 108580
                        Helen Holcomb
                        B.B.O. No. 547538
                        CUNHA & HOLCOMB, P.C.
                        One State Street, Suite 500
                        Boston, MA 02109-3507
Dated: April 6, 2006         617-523-4300

CERTIFICATE OF SERVICE

   I certify that on this date, April 5, 2006, a copy of the foregoing document was served via electronic filing upon AUSA Sabita Singh, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.