UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | No. 05-cr-10101-MEL |
| ) | |
| JOSE NETO ) | |

## MOTION FOR A JUDGMENT OF ACQUITTAL

Defendant hereby moves this Court, pursuant to Fed.R.Crim.P. 29, to direct a judgement of acquittal on each of the Counts of the Superceding Indictment at bar.

Given that no reasonable juror could find Mr. Neto guilty beyond a reasonable doubt of each count charged in the Superceding Indictment, he requests this Court to enter a judgement of acquittal on each count.

JOSE NETO
By his attorneys,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
Helen Holcomb
B.B.O. No. 547538
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: May 10, 2006

### CERTIFICATE OF SERVICE

I certify that on this date, April 5, 2006, a copy of the foregoing document was served in hand upon AUSA Sabita Singh, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.