*VERDICT AT 3:30*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 05-10101-MEL |
| | ) |
| JOSE NETO | ) |

## VERDICT FORM

COUNTS 1-7: HARBORING ILLEGAL ALIENS

Count 1:   Roberto Candido Veira (Allston, MA)

_____ Not Guilty       ✓ Guilty

Count 2:   Arleto Honorio Da Silva (Allston, MA)

✓ Not Guilty       _____ Guilty

Count 3:   Rogerio Gianei (Agawam, MA)

_____ Not Guilty       ✓ Guilty

Count 4:   Paulo Sergio Alves (Agawam, MA)

_____ Not Guilty       ✓ Guilty

Count 5:   Flavio Fernandes Marques (Agawam, MA)

_____ Not Guilty       ✓ Guilty

Count 6:   Wellington Alves Flores (Agawam, MA)

_____ Not Guilty       ✓ Guilty

Count 7:   Franceslone Pereira (Agawam, MA)

_____ Not Guilty       ✓ Guilty

We, the jury, unanimously concur in the above answer.

Dated: 5/10/06

_____
Jury foreperson