5/10/06 VERDICT
5 20 PM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

UNITED STATES OF AMERICA )
)
v. ) 05-CR-10101-MEL
)
JOSÉ NETO )

---

SPECIAL VERDICT

We the jury return the following special verdict as to the following property:

**The real property located at 27, 29, 31, 33 Blaine Street, Allston, Massachusetts**

We the jury find that the property identified above is property that was used to facilitate, or was intended to be used to facilitate, the commission of the violation charged in Count(s) __1__ of the indictment.

Yes __✓__

No _____

5/10/06
Date

_____
Foreperson