UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES** | )<br>)<br>) |
| v. | ) Crim. No. 05-10101-MEL |
| **JOSE NETO** | )<br>)<br>) |

### MOTION TO CONTINUE DATE FOR FILING OF RULE 29 MEMORANDUM AND FOR TIME TO ANSWER GOVERNMENT'S MOTION FOR FORFEITURE

The defendant, Jose Neto, hereby moves this Honorable Court to continue the date for filing of his memorandum in support of his Rule 29 motion from Friday, June 2, 2006 to Friday, June 16, 2006, and to allow until June 16, 2006 for the filing of his opposition to the government's Motion for Forfeiture of Property.

In support whereof, defendant states that his counsel has been occupied with an evidentiary hearing challenging the admissibility of ballistics evidence in state court since May 16, 2006, and that this hearing will continue through the end of this week and at least some of the following week. The week after that (June 5-9), counsel will be traveling to Cleveland for a proffer session with the U.S. Attorney's office there. Accordingly, counsel will not have an opportunity to fully address and develop the facts issues involved in the Rule 29 memorandum and to respond to the government's Motion for Forfeiture, such as, for example, reviewing the trial transcript in detail and conducting necessary legal research on the impact of defendant's wife's ownership interest in the property, until the week of June 12.

It is in the interests of justice that a continuance be granted, in order to allow the defendant and his counsel the additional time needed to properly brief and argue these issues.

                                              JOSE NETO
                                              By his attorney,

                                              /s/ *John H. Cunha Jr.*
                                              John H. Cunha Jr.
                                              B.B.O. No. 108580
                                              CUNHA & HOLCOMB, P.C.
                                              One State Street, Suite 500
                                              Boston, MA 02109-3507
                                              617-523-4300

Dated: May 24, 2006                                                                                             H:\Word\Crim\Neto\motion to continue 004.wpd

CERTIFICATE OF SERVICE

       I certify that on this date, May 24, 2006, a copy of the foregoing document was served via electronic filing upon AUSA Sabita Singh, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

                                              /s/ *John H. Cunha Jr.*
                                              John H. Cunha Jr.