UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 05-10101-MEL |
| ) | |
| JOSE NETO ) | |

## MOTION TO SCHEDULE HEARING ON RULE 29 MOTION

The defendant, Jose Neto, hereby moves this Honorable Court to schedule a hearing on his Motion for Judgment of Acquittal. In support whereof, defendant states that the issue has been briefed by both parties, and would benefit from a hearing before the Court at which any further issues the Court may be concerned with can be addressed.

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: July 20, 2006
H:\Word\Crim\Neto\motion for hearing.wpd

CERTIFICATE OF SERVICE

I certify that on this date, July 20, 2006, a copy of the foregoing document was served via electronic filing upon AUSA Sabita Singh, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.