

## Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10101-MEL |
|---|---|
| DEFENDANT<br>JOSE NETO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>Jose Neto |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code):<br>Plymouth County Correctional Facility, 26 Long Pond, Plymouth, MA 02360 (ID #: 39702) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced individual by certified mail, return receipt requested.     KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[ ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>July 21, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service | [ ] AM<br>[ ] PM |
| | PLEASE SEE REMARKS SECTION BELOW | | |
| | Signature, Title and Treasury Agency<br>Mary Lou Gilman, Forfeitures Specialist<br>U.S. Cusoms and Border Protection | | |

**REMARKS:**

The above described Order was served by certified mail. Copy of certified mail form 7001 2510 0003 4299 8991 attached. Postal records indicate delivery/receipt. Return receipt form received at CBP FP&F on August 2, 2006.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark  JUL 28 2006

*Sent To*
Jose Neto (ID #39702)
*Street, Apt. No.; or PO Box No.* Plymouth County Correctional Facility
*City, State, ZIP+4* 26 Long Pond, Plymouth, MA 02360

PS Form 3800, January 2001   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.   05-10101-MEL

1. Article Addressed to:

Jose Neto (ID#39702)
Plymouth County Correctional Facility
26 Long Pond
Plymouth, MA  02360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  _N. _____    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
N. De____

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7001 2510 0003 4299 8991

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-0381

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
U.S. CUSTOMS
FP&F - BOSTON
2006 AU -2 P 2:40

U.S. Customs & Border Protection
FP&F Office
10 Causeway St., Rm. 623
Boston, MA  02222-1059


**UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 2510 0003 4299 8991**
Status: **Delivered**

Your item was delivered at 10:02 am on July 31, 2006 in PLYMOUTH, MA 02360.

Track & Confirm

Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                9/21/2006