

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10101-MEL |
|---|---|
| DEFENDANT<br>JOSE NETO | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>Weststar Mortgage, Inc., |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code):<br>12650 Darby Brooke Court, Woodbridge, VA 22192 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Preliminary Order of Forfeiture upon the above-referenced institution by certified mail, return receipt requested.                                           KAB x3294

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[  ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>July 21, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [✓] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service     [ ] AM<br>PLEASE SEE REMARKS SECTION BELOW [ ] PM | |
| | Signature, Title and Treasury Agency  7/21/06<br>Mary Lou Gilman, Forfeitures Specialist | | |
| REMARKS: | U.S. Customs and Border Protection | | |

The above described Order was served by certified mail. Copy of certified mail form 7001 2510 0003 4299 9028 is attached. Please note address correction. Mailed July 28, 2006. Postal Records indicate delivery receipt on July 31, 2006

TD F 90-22.48 (6/96)

☐ RETURN TO COURT     ☐ FOR CASE FILE     ☐ LEAVE AT PLACE OF SERVICE     ☐ FILE COPY

**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0003 4299 9028

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

JOHN F KENNEDY ST
BOSTON MA 02
JUL 8 2006

Sent To: Weststar Mortgage, Inc.
Street, Apt. No.; or PO Box No.: 12650 Darby Brooke Court
City, State, ZIP+4: Woodbridge, VA 22192

PS Form 3800, January 2001          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

05-10101-MEL

1. Article Addressed to:

Weststar Mortgage, Inc.
12650 Darby Brooke Court
Woodbridge, VA 22192

3350 Commission

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mellie Dain_   ☐ Agent ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery 7/3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0003 4299 9028

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-

---

UNITED STATES POSTAL SERVICE

NO VA 220
31 JUL 2006 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-40

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
U.S. CUSTOMS
FP&F - BOSTON
2006 AUG -3 PM 12:

U.S. Customs & Border Protection
FP&F Office
10 Causeway St, Rm. 623
Boston, MA 02222-1059

02222+1048 C010


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 2510 0003 4299 9028**
Status: **Delivered**

Your item was delivered at 1:26 pm on July 31, 2006 in WOODBRIDGE, VA 22192.

**Track & Confirm**
Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        9/21/2006