UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSE NETO, )<br>)<br>     defendant. )<br>) | CRIMINAL NO. 05-10101 MEL (RBC) |

UNITED STATES' DISMISSAL OF COUNTS 35 AND 41

Subject to leave of this Court, the United States, by its undersigned counsel, hereby dismisses Counts 35 and 41 of the Second Superseding Indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

dated: December 12, 2006

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

LEAVE TO FILE GRANTED:

_____
MORRIS E. LASKER
United States District Judge

date: _____

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated:

                                            /s/ Paul G. Levenson
                                            PAUL G. LEVENSON