UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>JOSE NETO,                              )<br>)<br>      defendant.                  )<br>)  | CRIMINAL NO. 05-10101 MEL (RBC) |

UNITED STATES' DISMISSAL OF COUNTS 35 AND 41

    Subject to leave of this Court, the United States, by its undersigned counsel, hereby dismisses Counts 35 and 41 of the Second Superseding Indictment.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

dated: December 12, 2006

                        By: /s/ Paul G. Levenson
                            PAUL G. LEVENSON
                            Assistant U.S. Attorney
                            John Joseph Moakley United States Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3147

LEAVE TO FILE GRANTED:

/s/ Morris Lasker

MORRIS E. LASKER
United States District Judge

date: December 13, 2006

CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

dated:

                        /s/ Paul G. Levenson
                        PAUL G. LEVENSON