UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10101-MEL |
| ) | |
| JOSE NETO, ) | |
| Defendant. ) | |
| ) | |
| ) | |

**UNITED STATES' MOTION FOR
A FINAL ORDER OF FORFEITURE**

    The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court for the issuance of a Final Order of Forfeiture in the above-captioned case pursuant to 21 U.S.C. § 853, incorporated by reference in 18 U.S.C. § 982(b). A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

    1. On January 10, 2006, a federal grand jury sitting in the District of Massachusetts returned a forty-two count Superseding Indictment charging Defendant Jose Neto (the "Defendant"), with the following violations: Bribery of a Public Official, in violation of 18 U.S.C. § 201(b)(1) (Counts One through Nine); Inducing Aliens to Reside in the United States Illegally, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), and 18 U.S.C. § 2 (Counts Ten through Thirty-Two); Harboring Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and 18 U.S.C. § 2 (Counts Thirty-Three through Thirty-Five); Harboring

Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and 18 U.S.C. § 2 (Counts Thirty-Six through Forty); Extortionate Extension of Credit, in violation of 18 U.S.C. §§ 892 and 2 (Count Forty-One); and Hiring and Employing Illegal Aliens, in violation of 8 U.S.C. § 1324 a(a)(1-2) and (f) and 18 U.S.C. § 2 (Count Forty-Two).

    2.   The Superseding Indictment also sought the forfeiture, as a result of committing one or more of the offenses alleged in Counts One through Thirty-Five of the Superseding Indictment, of any conveyance, including any vessel, vehicle, or aircraft used in the commission of each offense; and any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of each offense, or that is used to facilitate, or is intended to be used to facilitate, the commission of, any such violations, pursuant to 18 U.S.C. § 982(a)(6)(A).  Such property included, without limitation, the real property located at 27-33 Blain Street, Allston, Massachusetts, more specifically described in the deed recorded in the Suffolk County Registry of Deeds, Book 29514, Page 317, (the "Real Property").

    3.   On April 3, 2006, the Defendant pled guilty to Counts One through Thirty-Two, and Count Forty-Two of the Superseding Indictment.

    4.   On May 10, 2006, the Defendant was convicted by a jury

on Counts Thirty-Three, and Thirty-Five through Forty of the Superseding Indictment. The jury also returned a special verdict finding that the Real Property was used to facilitate, or was intended to be used to facilitate, the commission of the violation charged in County Thirty-Three of the Superseding Indictment.

     5.   On July 20, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Real Property. See Docket No. 62.

     6.   Notice of the Preliminary Order of Forfeiture was served on all interested parties, and published in the Boston Herald on August 1, 2006, August 8, 2006 and August 15, 2006, pursuant to 21 U.S.C. § 853(n)(1).

     7.   No claims of interest in the Real Property have been filed with the Court or served on the United States Attorneys's Office and the time within which to do so expired on September 16, 2006.

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Real Property in the form submitted herein.

```
                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney,

                                  /s/ Kristina E. Barclay
                                  PAUL G. LEVENSON
                                  KRISTINA E. BARCLAY
                                  Assistant U.S. Attorneys
                                  United States Courthouse
                                  Suite 9200
                                  1 Courthouse Way
                                  Boston, MA 02210
Date: January 4, 2007             (617) 748-3100
```

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that the foregoing Motion for Final Order of Forfeiture and the proposed Final Order, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                                  /s/ Kristina E. Barclay
                                  Kristina E. Barclay
                                  Assistant U.S. Attorney
```

Dated: January 4, 2007

```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
        v.                  )    CRIMINAL NO. 05-10101-MEL
                            )
JOSE NETO,                  )
            Defendant.      )
```

**FINAL ORDER OF FORFEITURE**

**LASKER, D. J.**

WHEREAS, on January 10, 2006, a federal grand jury sitting in the District of Massachusetts returned a forty-two count Superseding Indictment charging Defendant Jose Neto (the "Defendant"), with the following violations: Bribery of a Public Official, in violation of 18 U.S.C. § 201(b)(1) (Counts One through Nine); Inducing Aliens to Reside in the United States Illegally, in violation of 8 U.S.C. § 1324(a)(1)(A)(iv), and 18 U.S.C. § 2 (Counts Ten through Thirty-Two); Harboring Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and 18 U.S.C. § 2 (Counts Thirty-Three through Thirty-Five); Harboring Illegal Aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and 18 U.S.C. § 2 (Counts Thirty-Six through Forty); Extortionate Extension of Credit, in violation of 18 U.S.C. §§ 892 and 2 (Count Forty-One); and Hiring and Employing Illegal Aliens, in violation of 8 U.S.C. § 1324 a(a)(1-2) and (f) and 18 U.S.C. § 2 (Count Forty-Two);

WHEREAS, the Superseding Indictment sought the forfeiture, as a result of committing one or more of the offenses alleged in Counts One through Thirty-Five of the Superseding Indictment, of any conveyance, including any vessel, vehicle, or aircraft used in the commission of each offense; and any property, real or personal, that constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of each offense, or that is used to facilitate, or is intended to be used to facilitate, the commission of, any such violations, pursuant to 18 U.S.C. § 982(a)(6)(A), including, without limitation, the real property located at 27-33 Blain Street, Allston, Massachusetts, more specifically described in the deed recorded in the Suffolk County Registry of Deeds, Book 29514, Page 317, (the "Real Property");

WHEREAS, on April 3, 2006, the Defendant pled guilty to Counts One through Thirty-Two, and Count Forty-Two of the Superseding Indictment;

WHEREAS, on May 10, 2006, the Defendant was convicted by a jury on Counts Thirty-Three, and Thirty-Five through Forty of the Superseding Indictment, and the jury also returned a special verdict finding that the Real Property was used to facilitate, or was intended to be used to facilitate, the commission of the violation charged in Count Thirty-Three of the Superseding Indictment;

WHEREAS, on July 20, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting Defendant's interest in the Real Property;

WHEREAS, ntice of the Preliminary Order of Forfeiture was served on all interested parties and published in the <u>Boston Herald</u> on August 1, 2006, August 8, 2006 and August 15, 2006; and

WHEREAS, no claims of interest in the Real Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on September 16, 2006.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  The United States' Motion for a Final Order of Forfeiture is allowed.

2.  The United States of America is now entitled to the forfeiture of all right, title or interest in the Real Property and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b).

      3.  All other parties, having any right, title, or interest in the Real Property, are hereby held in default.

                                                              _____
MORRIS E. LASKER
United States District Judge

Date: _____