UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Crim. No. 05-10101-MEL |
| | ) |
| JOSE NETO | ) |
| | ) |

## NOTICE OF APPEAL

The defendant, Jose Neto, hereby gives notice of his appeal to the United States Court of Appeals for the First Circuit of his conviction at trial in the above-named case and the sentence imposed upon him on January 23, 2007 by the United States District Court (Lasker, M., U.S.D. J.).

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: January 25, 2007                                    H:\Word\Crim\Neto\Notice of Appeal.wpd

CERTIFICATE OF SERVICE

I certify that on this date, January 25, 2007, a copy of the foregoing document was served via electronic filing upon AUSA Paul Levenson, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.