**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| **v.** | )     **No. 05-cr-10101-MEL** |
| | ) |
| **JOSE NETO** | ) |
| | ) |

## MOTION TO AMEND JUDGMENT AND ORDER OF FORFEITURE TO INCLUDE ONLY 27-29 BLAINE STREET

The defendant, Jose Neto, moves this Honorable Court to amend the Final Order of Forfeiture and Judgment herein to forfeit simply the residence to which the offenses of conviction are related, 27-29 Blaine Street, Boston, MA, and not the companion lot, 31-33 Blaine Street, Boston, MA. In support whereof, defendant states that the order of forfeiture as written forfeits property which was uninvolved with the offenses of conviction and is therefore overbroad and improper.

In support whereof, defendant states that 27-29 Blaine Street is a distinct property from 31-33 Blaine Street. The City of Boston taxes and inspects them as two separate two-family residences, one at 27-29 Blaine Street and one at 31-33 Blaine Street, not as a single four-family structure. *See,* Reports of the City of Boston Inspectional Services, Third Quarter Real Estate Tax Bills, attached hereto as Exhibit 1. The testimony herein regarding illegal harboring solely concerned 27-29 Blaine Street. See Testimony of Roberto Candido Veira, May 9, 2006, attached hereto as Exhibit 2, *passim*. Although the jury did hear the book and page number of the deed which conveyed both addresses, that deed is clear that it is conveying two separate lots, Lot #19 and Lot #20 of the 1889 plan of that portion of Allston. Quitclaim Deed, attached hereto as Exhibit 3. This did not constitute evidence that there is only one property at issue, and does not

justify an order forfeiting both properties where only one related to the conduct triggering the forfeiture.

The only testimony regarding 31-33 Blaine Street was the statement that the defendant lived there. Exhibit 2, p. 11. There is no evidence that 31-33 Blaine Street "constitutes or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of each offense, or that [it was] used to facilitate, or [] intended to be used to facilitate, the commission of, any such violations, pursuant to 18 U.S.C. § 982(a)(6)(A)," as stated in the Final Order of Forfeiture. Accordingly, the order and judgment must be amended to forfeit only 27-29 Blaine Street.

This is not a situation where the defendant seeks to divide a property, but rather one where the government is seeking to have this Court treat two properties as one, simply because they were conveyed by the same deed. The Court's power to change the ownership of property via an order of forfeiture clearly allows it to transfer only one of the two properties at issue here, and the state of the evidence compels the conclusion that only 27-29 Blaine Street may properly be forfeited.

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.
B.B.O. No. 108580
Helen Holcomb
B.B.O. No. 547538
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: January 26, 2007

2

<u>CERTIFICATE OF SERVICE</u>

I certify that on this date, January 26, 2007, a copy of the foregoing document was served via electronic filing upon AUSA Sabita Singh, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

<u>/s/ *John H. Cunha Jr.*</u>

John H. Cunha Jr.



BD 2

Certified Street Numbers

3+33 Blaine
St No 22 Apt

Street Numbering Inspector.

**APPLICANT MUST USE TYPEWRITER IN FILLING IN THIS APPLICATION**

3370    **CITY OF BOSTON**
**INSPECTIONAL SERVICES DEPARTMENT**

Application to the Commissioner for Permit for Alterations, Repairs or Change of Occupancy

Location, 31-33 BLAINE ST ............ District, ............ Ward, 22 ....
Name of owner is, John Kelleher ............ Address, 17 Harvard Terr Allston
Name of architect or engineer is ............ Lic. No. MA 02134
Material of building is, wood Style of roof? Flat Construction of roof? T&G
Size of building, feet front? 26 ; feet rear? 26 ; feet deep? 38 ; No. of stories? 2
No. of feet in height from sidewalk to highest point of roof? 25 Material of foundation? brick
Thickness of external walls? 12" Party walls? 12"

**LEGAL OCCUPANCY OR USE** (Applicant is not to fill in this box)

NO RECORD OF LEGAL OCCUPANCY

Front stairs? x Back stairs? x Fire escape? no Con. balconies? n Any other? 
Is building equipped with automatic sprinkler system? no
Type of construction? Group occupancy?
Building to be occupied for 2 family after alteration

**IF EXTENDED ON ANY SIDE OR VERTICALLY**

Size of extension, No. of feet long? ; No. of feet wide? ; No. of feet high above sidewalk?
No. of stories high? ; style of roof? ; material of roofing?
Of what material will the extension be built? Foundation?
How will the extension be occupied? Type of Construction?

**GENERAL DESCRIPTION OF THE PROPOSED WORK AND ITS LOCATION.**
(ALL STRUCTURAL, MECHANICAL, ELECTRICAL, ETC., SHALL BE INCLUDED)

Legalize use as 2 family dwelling. Each apartment has required sanitary facilities required for habitation which includes toilet, lavatory, tub or shower, kitchen sink and provisions for washing clothes, proper means of ventilation and means of heating and dome stic hot water.

MAY 26 1983

Date............19....    Estimated cost, $ NONE
                         Phone
The facts I have set forth above in this application and accompanying plans are a true statement to the best of my knowledge and belief.

John Kelleher    Type Name of Person Signing JOHN KELLEHER
(Signature of Owner)    (Address) 7 HARVARD TERR ALLSTON MA 02134

(Signature of Licensed Builder)    Type Name of Person Signing

(Address)    (Name of Contractor)
Lic. No. Class    (Address)

PERMIT MUST BE OBTAINED BEFORE BEGINNING WORK

MAY 26 1983

No. 33443/83    PAID

CITY OF BOSTON    MAY 26    AM 9:
INSPECTIONAL SERVICES    50

MAY 27 1983

**APPLICATION FOR**
Permit for Alterations, Repairs or
Change of Occupancy

Location
No. 21-33 BLAINE ST

legalize use only.

Ward....22....

CONDITIONS 6/6 PM

#1.

PERMIT ISSUED

JUN 1 1983

Permit granted
Date issued JUN 1 1983

JUN 1 1983

JUN 2 1 1983

## EXAMINATION OF PLANS

Approved....

Supervisor of Plans

Arch/Struc/Safety

APPROVED
as shown on plans
David Nvans Feb2 C. of O.    6/9/83

## EXAMINATION OF PLANS

### PERMIT NUMBERS

Electrical......./A......    Gas. N/A.

Plumbing......N/A......    Sprinklers. N/A.

N/o
Electrical

Egress APPROVED
as shown on plans
David Nvans Feb2 C. of O.    6/9/83

Plumbing......N/A......    Gas. N/A.

H.V.A.C.....N/A......Sprinklers......N/A.

Mechanical APPROVED as shown on plans

## ZONING

INSPECTIONAL SERVICES DEPT.
CITY OF BOSTON
ZONING DIVISION
APPROVED

ZONING ADMINISTRATOR

### INSPECTOR'S REPORT

DATE..............

This building is approved for satisfactory.

Signature of A



BD 2

Certified Street Numbers

27-29 Blaine

27 N 22 HAH

Street Numbering Inspector.

APPLICANT MUST USE TYPEWRITER IN FILLING IN
THIS APPLICATION

3369

CITY OF BOSTON

INSPECTIONAL SERVICES DEPARTMENT

Application to the Commissioner for Permit for Alterations, Repairs or Change of Occupancy

Location,......27-29 BLAINE ST.................District,..............................Ward....22.....
Name of owner is?..John Kelleher..............Address,.17 Harvard Terr Allston
Name of architect or engineer is?........................................Lic. No...MA 02134........
Material of building is?......wood........Style of roof?...flat......Construction of roof?........T&G......
Size of building, feet front?.....26........; feet rear?.....26...; feet deep......38...; No. of stories?.....2.......

**escription**
**f Present**
**Building**

No. of feet in height from sidewalk to highest point of roof?....25.......Material of foundation?..brick......
Thickness of external walls?....12"............Party walls?......12"......

LEGAL OCCUPANCY OR USE  (Applicant is not to fill in this box)
        NO RECORD OF LEGAL OCCUPANCY

Front stairs?......X......Back stairs?..X......Fire escape?................Con. balconies?................Any other?................
Is building equipped with automatic sprinkler system?..................no.......................
Type of construction?........................................Group occupancy?..................................
Building to be occupied for..........2 family..........................................................................after alteration

**escription**
**of**
**roposed**
**xtension**

IF EXTENDED ON ANY SIDE OR VERTICALLY

Size of extension, No. of feet long?...............; No. of feet wide?...............; No. of feet high above sidewalk?............
No. of stories high?..................................; style of roof?....................; material of roofing?....................
Of what material will the extension be built?..................................Foundation?....................
How will the extension be occupied?........................Type of Construction?....................

GENERAL DESCRIPTION OF THE PROPOSED WORK AND ITS LOCATION.
(ALL STRUCTURAL, MECHANICAL, ELECTRICAL, ETC., SHALL BE INCLUDED)

Legalize building as 2 family.  Each apartment has required sanitary
facilites required for habitation which includes toilet, lavatory,
tub or shower, kitchen sink and provisions for washing clothes,
proper means of ventilation, and means of heating and domestic hotz
water.

Replace plaster, partioning wall and insulate.  NO FURTHE R WORK.

Permit required to correct violation V2220-83, Sec. 113.1.

Date.....MAY 26 1983
                                          Estimated cost. $...500.00.....
                                          Phone...782-2 - 2575...........
        The facts I have set forth above in this application and accompanying plans are a true statement to
the best of my knowledge and belief.

*(Signature of Owner)*

Type Name of
Person Signing..........JOHN   KELLEHER.....................

(Address)....17 HARVARD TERR ALLSTON MA 02134

*(Signature of Licensed Builder)*

Type Name of
Person Signing.....................................................

(Address)...........................                    *(Name of Contractor)*

PERMIT MUST BE OBTAINED BEFORE BEGINNING WORK



No. 3369

MAY 26 1983

MAY 27 1983

APPLICATION FOR

Permit for Alterations, Repairs or
Change of Occupancy

Location

No. 27-29 BLAINE ST.

Legalize Housework

Ward 22

CONDITIONS 6/6 On

#7

Permit granted

Date Issued

EXAMINATION OF PLANS

Approved

Arch./Struc./Safety

Supervisor of Plans

JUN 21 1983

APPROVED
BY INSPECTOR FOR C. OF O.
David New — 6/1/83

EXAMINATION OF PLANS

PERMIT NUMBERS

Electrical

Plumbing

H.V.A.C.

Mechanical

Gas

Sprinkler

Electrical

Egress APPROVED
BY INSPECTOR
FOR C. OF O.
David New — 6/9/83

Mechanical APPROVED as shown on plans

ZONING

APPROVED
CITY OF BOSTON
ZONING DIVISION
INSPECTIONAL SERVICES DEPT.

INSPECTOR'S REPORT

DATE

This building is approved for satisfacto

Signature of 1

CUSTOMER'S COPY

THE COMMONWEALTH OF MASSACHUSETTS
CITY OF BOSTON
OFFICE OF COLLECTOR OF TAXES

NOTICE    PLEASE SEE INSERT FOR IMPORTANT
MOTOR VEHICLE REGISTRATION COMPLIANCE LAWS

**2007**
**REAL ESTATE TAX**
3RD  QUARTER

| TAX RATE PER $1,000 | RESIDENTIAL 1 | OPEN SPACE 2 | COMMERCIAL 3 | INDUSTRIAL 4 |
|---|---|---|---|---|
| | 10.99 | 10.99 | 26.87 | 26.87 |

| BANK NO. | LOCATION: | WARD | PARCEL NO. | BILL NO. |
|---|---|---|---|---|
| 103 | 27  BLAINE ST | 22 | 01709-000 | 045080 |

| CLASS | DESCRIPTION | SPECIAL ASSESSMENTS | | |
|---|---|---|---|---|
| | | | TOTAL FULL VALUATION | |
| | | | RESIDENTIAL EXEMPTION | |
| | | | TOTAL TAXABLE VALUATION | |
| | | | 1ST PREL. OVERDUE | |
| | | | 2ND PREL. OVERDUE | |
| | | | SPEC. ASSMT. | |
| | | | WATER & SEWER CHARGES | |
| | | | TOTAL TAX & SPEC. ASSMNT. DUE | |
| | | | PERSONAL EXEMPTION | |

| TOTAL BUILDINGS | LAND AREA | 1500 | PAYMENTS TO DATE/CREDITS | 1883.17 |
|---|---|---|---|---|
| | | | NET TAX & SPEC. ASSMNT. DUE | |
| | | | 1ST TAX PYMT. DUE BY FEB. 1, 2007 | |
| | | | 2ND TAX PYMT. DUE BY MAY 1, 2007 | |
| | | | TAX DUE | |
| | | | COST | |
| | | | INTEREST | |
| | | | PAY THIS AMT. BY | |

NETO JOSE P
C/O JOSE P NETO
33 BLAINE ST
ALLSTON MA 02134-1611

Make checks payable to: THE CITY OF BOSTON / Office Hours 9 A.M. to 5 P.M. Mon. thru Fri.
Mail checks to: COLLECTOR OF TAXES, Box 55808, Boston, Massachusetts 02205
Interest at the rate of 14% per annum will accrue on overdue payments from the due date until payment is made.
This form approved by Commission of Revenue.

LISA C. SIGNORI
Collector of Taxes

02/01/2007

SEE REVERSE SIDE FOR
IMPORTANT INFORMATION
IMPORTANT    ABATEMENT APPLICATIONS MUST BE
FILED BY 02/01/2007.  DEADLINE FOR PAYMENT
WITHOUT INTEREST IS 02/01/2007.

12201709000070000000000000000000001

THE COMMONWEALTH OF MASSACHUSETTS
CITY OF BOSTON
OFFICE OF COLLECTOR OF TAXES

CUSTOMER'S COPY

NOTICE      PLEASE SEE INSERT FOR IMPORTANT
MOTOR VEHICLE REGISTRATION COMPLIANCE LAWS

**2007**
**REAL ESTATE TAX**
3RD  QUARTER

| TAX RATE PER $1,000 | RESIDENTIAL 1 | OPEN SPACE 2 | COMMERCIAL 3 | INDUSTRIAL 4 |
|---|---|---|---|---|
| | 10.99 | 10.99 | 26.87 | 26.87 |

| BANK NO. | LOCATION: | | WARD | PARCEL NO. | BILL NO. |
|---|---|---|---|---|---|
| 83 | 33 | 31  BLAINE ST | 22 | 01710-000 | 045090 |

| CLASS | DESCRIPTION | SPECIAL ASSESSMENTS | |
|---|---|---|---|
| | | | TOTAL FULL VALUATION |
| | | | RESIDENTIAL EXEMPTION |
| | | | TOTAL TAXABLE VALUATION |
| | | | 1ST PREL. OVERDUE |
| | | | 2ND PREL. OVERDUE |
| | | | SPEC. ASSMT. |
| | | | WATER & SEWER CHARGES |
| | | | TOTAL TAX & SPEC. ASSMNT. DUE |
| | | | PERSONAL EXEMPTION |

| TOTAL BUILDINGS | LAND AREA | 1500 | PAYMENTS TO DATE/CREDITS |
|---|---|---|---|
| | | | NET TAX & SPEC. ASSMNT. DUE |

NETO JOSE P
C/O JOSE P NETO
33 BLAINE ST
ALLSTON MA 02134-1611

| | |
|---|---|
| 1ST TAX PYMT. DUE BY FEB. 1, 2007 | |
| 2ND TAX PYMT. DUE BY MAY 1, 2007 | |
| TAX DUE | |
| COST | |
| INTEREST | |
| PAY THIS AMT. BY | |
| 02/01/2007 | |

Make checks payable to: THE CITY OF BOSTON / Office Hours 9 A.M. to 5 P.M. Mon. thru Fri.
Mail checks to: COLLECTOR OF TAXES, Box 55808, Boston, Massachusetts 02205
Interest at the rate of 14% per annum will accrue on overdue payments from the due date until payment is made.
This form approved by Commission of Revenue.

LISA C. SIGNORI        Collector of Taxes

PAST DUE TAXES*    4412.64
* THIS AMOUNT REPRESENTS
TAXES OWED FOR PREVIOUS
FISCAL YEARS. THE AMOUNT
SHOWN IS THAT AMOUNT DUE
AS OF THE DATE OF THIS BILL

SEE REVERSE SIDE FOR
IMPORTANT INFORMATION
IMPORTANT    ABATEMENT APPLICATIONS MUST BE
FILED BY 02/01/2007.  DEADLINE FOR PAYMENT
WITHOUT INTEREST IS 02/01/2007.

1220171000007000000000000000000000001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )   Criminal Action
        v.                      )   No. 05-10101-MEL
                                )
JOSE NETO,                      )
                                )
            Defendant.          )
                                )

TRANSCRIPT OF TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL — DAY 2
BEFORE THE HONORABLE MORRIS E. LASKER
SENIOR UNITED STATES DISTRICT JUDGE

United States District Court
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts  02210
May 9, 2006
9 a.m.

* * * * * *

MARCIA G. PATRISSO, CSR, RPR, CRR
Official Court Reporter
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts  02210
(617) 737-8728

a54bf7a0-b7f4-4961-9edc-4c63b26579d5

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 2

1    APPEARANCES:
2

For the Plaintiff:
3
      Paul G. Levenson
4      Sabita Singh
      United States Attorney's Office
5      John Joseph Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
6      Boston, Massachusetts   02210
7    For the Defendant:
8      John H. Cunha, Jr., Esq.
      Helen Holcomb, Esq.
9      Cunha & Holcomb, P.C.
      Suite 500
10     One State Street
      Boston, Massachusetts   02109
11
12    Interpreters:
13      For the Witness:    Etelvino Andrade
      For the Defendant:   Claudia Azoff
14
15
16
17
18
19
20
21
22
23
24
25

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 3

1                          IN OPEN COURT

2                MS. SINGH:  United States calls Roberto

3    Candido.

4                    ROBERTO CANDIDO VEIRA,

5          having been duly sworn, testified through the

6          interpreter as follows:

7                THE CLERK:  Be seated, please, and give the

8    Court your full name, spelling your last.

9                THE WITNESS:  Veira.

10               THE COURT:  Is that the last name?

11               THE WITNESS:  Yeah.

12               THE COURT:  And the first name?

13               THE WITNESS:  Roberto.

14               THE COURT:  Okay.

15                    DIRECT EXAMINATION

16   BY MS. SINGH:

17   Q.    Your name is Mr. Veira, not Mr. Candido.  Do I have

18   that wrong?

19   A.    Yes.  My middle name is Candido.

20   Q.    Okay.  Mr. Candido, where did you grow up?

21   A.    Oh, in Brazil.

22   Q.    And when did you come to this country?

23   A.    In the year of 2000.

24   Q.    What did you do in Brazil before you came to this

25   country?

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL – DAY 2

Page 4

1   A.    I was a truck driver.  My father's truck.

2   Q.    And how did you come to the United States?

3   A.    Through Mexico.

4   Q.    Did you come here with permission from the

5   government?  The U.S. Government?

6   A.    No.

7   Q.    When you came to the U.S., where ultimately did you

8   land?

9   A.    In Somerville.

10  Q.    Somerville, Massachusetts?

11  A.    Uh-huh.

12  Q.    Where did you stay when you first came to

13  Somerville?

14  A.    I stayed at a house.  You want the name of the

15  street?

16  Q.    Whose house was it?

17  A.    It belonged to an Ebony.  That must be the other

18  first name.  That's all I know.  An Ebony.  I don't know

19  what.

20  Q.    How long did you stay at that house in Somerville?

21  A.    A year.

22  Q.    Where did you go after that?

23  A.    I went to Allston.

24  Q.    Where did you live in Allston?

25  A.    I lived at 25 Blaine Street.  No, I'm sorry.  Not

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 5

1    Blaine.  I've forgotten the name of the street.  I can't

2    think of it right now.

3              MS. SINGH:  May I approach the witness?

4              THE COURT:  Yes.

5    A.    I just recalled it.  I'm sorry.  I had to

6    backtrack, you see, so.

7    Q.    Sure.  Why don't you --

8    A.    Dunster.  Dunster Street.

9              THE COURT:  In what community?

10             THE WITNESS:  Allston.

11   Q.    So first you were in Somerville, Massachusetts;

12   then you moved to Dunster Street in Allston,

13   Massachusetts?

14   A.    Uh-huh.

15   Q.    How long did you live there?

16   A.    A year as well.  A year, two months.  A little and

17   some.

18             THE INTERPRETER:  Correction to the record.

19   A.    A year and some.

20   Q.    And after that Dunster Street address, where did

21   you move next?

22   A.    I went to 27 Blaine Street.

23   Q.    How did you find that place?

24   A.    Paper ad.

25   Q.    I'm sorry.  Did you say a newspaper?

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 6

1    A.    Newspaper.

2    Q.    What kind of a newspaper?

3    A.    A Brazilian one.  A Portuguese edition, Brazilian

4    newspaper.

5    Q.    So it was in the Portuguese language?

6    A.    Uh-huh.

7              MS. SINGH:  Your Honor, may I approach the

8    witness?

9              THE COURT:  Yes.

10    Q.    I'm showing you what's been marked Government

11    Exhibit 3 for -- in front of you.  Do you see that?

12    A.    Uh-huh.  I can.

13    Q.    Do you recognize that?

14    A.    I can.

15    Q.    Can you tell us what that is?

16    A.    That's the house I lived in on Blaine Street.

17    Q.    You say you first moved into what unit?

18    A.    27.  Apartment 27.

19    Q.    When you went to -- you said that you found out

20    about it through an advertisement in a Portuguese

21    language newspaper, correct?

22    A.    Uh-huh.  That's right.

23    Q.    How did you answer the ad?

24    A.    Could you ask again?

25    Q.    After you saw the advertisement, what did you do?

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 7

1    A.    I went up to the house.

2    Q.    What happened when you went to the house?

3    A.    I met up with the owner and I rented a room.

4    Q.    Who did you meet with?

5    A.    With Jose Neto.  That's the name of the owner of

6    the place.

7    Q.    That person that you met with, do you see that

8    person in the courtroom today?

9              THE WITNESS:  May I stand up?

10             THE COURT:  Yes.

11   A.    Yeah.

12   Q.    Can you please point him out?

13             THE WITNESS:  Can I do it with my finger?

14             THE COURT:  Yes.

15   A.    The gentleman over there.

16             MS. SINGH:  May the record reflect the witness

17   has identified the defendant?

18             THE COURT:  Yes.

19   Q.    When you met with the defendant on that day

20   answering the ad, can you tell us what conversation, if

21   any, you had with him that day?

22   A.    Yes.  That I was in need of a room.  That I was

23   looking for a room.  He had a room available, and he

24   gave me the price.  And that I was going to be moving in

25   the following day.

a54bf7a0-b7f4-4961-9edc-4c63b26579d5

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 8

1    Q.    What was the price?

2    A.    The room was going for $500.

3    Q.    Was that $500 per month?

4    A.    Uh-huh.  It is.

5    Q.    Were you going to have that room to yourself?

6    A.    Right.

7    Q.    Did you in fact move in the next day?

8    A.    I did.

9    Q.    Before you moved in, did you provide any

10   documentation to the defendant?

11              MR. CUNHA:  I object, Judge.

12              THE COURT:  Would you be more specific than

13   "documentation"?

14   Q.    Did you sign a lease, an agreement, a contract?

15   A.    No, nothing.

16   Q.    Did you pay for the rent in advance?

17   A.    Uh-huh.

18   Q.    Can you describe the place you moved into?

19              THE COURT:  For one month or for how long?

20              THE WITNESS:  Just a month.

21   Q.    Can you describe the place that you moved into?

22   A.    Through this?

23   Q.    Just verbally, if you can describe what the inside

24   looked like.

25   A.    Uh-huh.  Well, all was well.

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 9

1    Q.    How many bedrooms were there?

2            THE COURT:  In his apartment?

3    Q.    In your unit where you were living.

4    A.    Five bedrooms.

5    Q.    And how many bathrooms were there?

6    A.    One.

7    Q.    How many people lived in that unit altogether?

8    A.    At times there would be seven, eight, at times up

9    to nine.

10   Q.    Did you know any of the people who lived there

11   before you moved in?

12   A.    No.

13   Q.    Did you choose your other roommates?  You said some

14   people came in and some people left?

15           MR. CUNHA:  Objection, Judge.

16           THE COURT:  Yeah.  I don't think the inquiry

17   as to housing conditions has to do with the defendant's

18   behavior.  I'll sustain the objection.

19   Q.    How did you get your other housemates?

20           MR. CUNHA:  Objection, Judge.  He said he

21   rented a room.

22           THE COURT:  Would you repeat the question so

23   I'm sure I got it.

24   Q.    How did you get your other roommates?

25           MR. CUNHA:  Objection.

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 10

1           THE COURT:  I haven't heard him say he got

2    any.

3           MS. SINGH:  After he initially moved in, I

4    believe the testimony was he had -- it varied --

5           THE COURT:  Did you have anything to do with

6    deciding who would live in that building?

7           THE WITNESS:  No.

8           THE COURT:  And did you ever have a roommate

9    there?

10           THE WITNESS:  Also no.

11    BY MS. SINGH:

12    Q.    How long did you live in that unit?

13    A.    At 27?

14    Q.    Yes.

15    A.    For two years.  Two years.

16    Q.    Did you ever live in any other unit in that house?

17    A.    Yes, I did.

18    Q.    Which other unit was that?

19    A.    Apartment No. 29, the one beside it.

20    Q.    So how long did you live in Apartment 27 and

21    Apartment 29 together?

22    A.    Approximately three years.

23    Q.    In that time period can you recall how many

24    different roommates you had for housemates?

25           MR. CUNHA:  Objection, Judge.

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 11

1        THE COURT:  How many what?

2        MS. SINGH:  How many different -- how many

3   different people lived in that house.  In his unit.

4        MR. CUNHA:  I object.

5        THE COURT:  I'll allow it.

6   A.   I don't have an idea, but a lot of folks.  A lot of

7   people.

8   BY MS. SINGH:

9   Q.   Do you know where the defendant lived at the time

10  that you were living at the Blaine Street, Allston,

11  property?

12       THE INTERPRETER:  The interpreter apologizes.

13  Question again?

14  Q.   Do you know where the defendant was living while

15  you were living in that apartment in Allston?

16  A.   I do.

17  Q.   Where was he living?

18       THE COURT:  First, how do you know where he

19  lived?

20       THE WITNESS:  Because I would see him.  I

21  would see his wife.

22  A.   The apartment next door, Number 33.

23       THE COURT:  Okay.

24  Q.   How often would you see the defendant while you

25  lived there?

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 12

1    A.    I always worked.  Mostly at night, in the end of

2    the afternoon.  The weekends.

3    Q.    Where would you see him?

4    A.    Outside on the sidewalk.  There were some steps on

5    the sidewalk.  Or walking about.

6    Q.    How did you pay your rent?

7    A.    To him?

8    Q.    How did you pay your rent, the $500 for that

9    apartment?

10   A.    Many times it was in cash; and other times it was

11   with my company's check, and then the rest was returned

12   in cash.

13   Q.    So sometimes you paid in cash and sometimes you

14   signed over your paycheck?

15   A.    Uh-huh.

16   Q.    And when you paid your rent, who would you pay it

17   to?

18   A.    To him, Jose Neto.

19   Q.    These times that you met with Jose Neto to pay the

20   rent, or just saw him around, did you have a

21   conversation with him from time to time?

22   A.    At times we would talk.

23   Q.    Were there any conversations about your immigration

24   status?

25            MR. CUNHA:  Objection, Judge.

## TESTIMONY OF ROBERTO CANDIDO VEIRA
## JURY TRIAL – DAY 2

Page 13

1        THE COURT:  About what?

2        MR. CUNHA:  Leading.

3        THE COURT:  Excuse me.  About meeting?

4        MR. CUNHA:  No.  I'm saying she's leading.

5        THE COURT:  No, I'm asking Miss Singh.

6        MR. CUNHA:  I'm sorry.

7        MS. SINGH:  My question was whether there were

8    any discussions relating to his status.

9        THE COURT:  To his status?

10        MS. SINGH:  Yes.

11        THE COURT:  Okay.  I'll allow it.

12    A.    Uh-huh.

13    BY MS. SINGH:

14    Q.    Can you describe one of those conversations?

15        MR. CUNHA:  Excuse me, Judge.  We don't know

16    how many there are.  To say "one of those conversations"

17    is --

18        THE COURT:  Yeah.  That's right.

19    Q.    Can you recall a specific conversation with the

20    defendant regarding your immigration status?

21    A.    Yes, I can.

22    Q.    Do you recall when that conversation was?

23    A.    Could you say that again?

24    Q.    When was that conversation?

25    A.    A year and a half ago.

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 14

1  Q.    And what was that conversation?   What was the

2  conversation?

3              THE COURT:   What did you say to him; what did

4  he say to you?

5              THE WITNESS:   He was asking me if I was here

6  legally and whether I had documentation, and I said no,

7  that I was not a legal individual here.   So he proposed

8  selling some documents to me, and I said no, that I

9  didn't want it; that I was afraid to dabble in that

10  business.

11             MR. CUNHA:   Move to strike, Judge.

12             THE COURT:   Overruled.

13  Q.    Mr. Veira, were you ever late paying your rent?

14  A.    Yes.   After I left -- after I was arrested, I fell

15  behind in my payments, but there's a reason as to why I

16  did.

17  Q.    Why did you fall behind in your payment after your

18  arrest?

19  A.    Because firstly, I was unable to work for about 20

20  days.   They did not charge me for a month; they told me

21  that I could stay free of charge.   And then two months

22  later or so I didn't pay because the bill that came was

23  such a steep amount.   I was being charged the entire --

24             MR. CUNHA:   I object, Judge.   This is after

25  his arrest.

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 15

1    Q.    So let's go back to before that time.

2          THE COURT:  He's explaining why he didn't pay

3    the rent.

4          Go ahead.

5          MR. CUNHA:  But, Judge, this is well after --

6          THE COURT:  He's not charged with anything.

7    A.    And I was being charged for the entire apartment.

8    Q.    Before your arrest did you ever fall behind in your

9    payments?

10   A.    Never.

11   Q.    How about the other people that you lived with?

12   A.    I don't know anything about that.  It's none of my

13   affairs.

14   Q.    Would the defendant ever stop by your place?

15   A.    Uh-huh.  Yeah.

16   Q.    And for what reason would he stop by your place?

17   A.    He'd always take a look around, you know, to see

18   how people were living and to charge the rent or collect

19   the rent from the people.

20   Q.    So you saw the defendant collect rent from your

21   other housemates?

22   A.    Many times.

23   Q.    Was there ever a time where any of your housemates

24   didn't have the rent money?

25         MR. CUNHA:  Objection.  Asked and answered.

TESTIMONY OF ROBERTO CANDIDO VEIRA

JURY TRIAL - DAY 2

Page 16

1    THE COURT:  I don't know that he's capable of

2  answering that question.  I'll sustain the objection.

3  Q.   Was there ever a time when you were present and Mr.

4  Neto came to the place to collect the rent and you

5  saw --

6    MR. CUNHA:  Judge, I object.

7  Q.   -- one of your housemates not having the rent?

8    THE COURT:  It's too much of a leading

9  question.

10  Q.   Did you have a roommate -- or a housemate by the

11  name of Junior?

12    MR. CUNHA:  Objection, Judge.

13    THE COURT:  Overruled.

14  A.   It wasn't my roommate.

15  Q.   Did he live in your unit?

16  A.   Uh-huh.

17  Q.   Did you ever hear a conversation between the

18  defendant and Junior about the rent?

19    MR. CUNHA:  Objection, Judge.

20    THE COURT:  Overruled.

21    MR. CUNHA:  Could I be heard, Judge?

22    THE COURT:  No, I don't see why.

23    MR. CUNHA:  There is nothing here about

24  anybody other than Mr. Candido.

25    THE COURT:  It may be relevant, it may not,

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 17

1    but I have to hear it before I can say.

2            THE WITNESS:  Yes, I did.

3    BY MS. SINGH:

4    Q.   Can you tell us about that conversation?

5            MR. CUNHA:  I object, Judge.

6            THE COURT:  I hear you.

7            THE INTERPRETER:  May he answer, your Honor?

8            THE COURT:  Yes, he may.

9    A.   I heard him say --

10           THE INTERPRETER:  Correction to the record.

11   A.   I heard him telling --

12   Q.   Sorry.  Who's "him"?

13   A.   Junior.

14   Q.   What did you hear Junior say?

15   A.   He told him that if he didn't pay the rent, that he

16   could call the Immigration on him.

17   Q.   And who was Junior saying this to?

18           MR. CUNHA:  Objection.

19           THE COURT:  Sustained.

20           MR. CUNHA:  I move to strike, your Honor.

21           THE COURT:  I'm telling the jury to disregard

22   that evidence.  I don't see what that has to do with the

23   issue of whether the defendant was harboring people.

24           MS. SINGH:  Your Honor, I think I misconstrued

25   his testimony when I restated it.

## TESTIMONY OF ROBERTO CANDIDO VEIRA
## JURY TRIAL - DAY 2

Page 18

1  BY MS. SINGH:

2  Q.   Mr. Veira, that's a statement that the defendant

3  made to Junior?

4           MR. CUNHA:  Objection, Judge.

5           THE COURT:  Yes.  I understand that.  You'll

6  have to explain the relevance to me on the side.

7                      AT SIDE BAR

8           THE COURT:  He's not accused of improperly

9  evicting anybody, and I think it's only at the very best

10  marginally related to the question of whether he

11  actually harbored anybody.  What do you consider to be

12  the relevance of it?

13           MS. SINGH:  The fact that everybody in the

14  unit heard what was going on, so they understood what

15  the defendant was capable of doing.

16           THE COURT:  That's hardly harboring.

17  "Harboring" means to improperly keep people there.  It

18  doesn't mean to throw them out if they don't pay the

19  rent.

20           MS. SINGH:  But it certainly goes to his

21  knowledge that the people there were illegal immigrants

22  and that he knew.

23           THE COURT:  I'm not going to extend it to

24  that.

25                    IN OPEN COURT

TESTIMONY OF ROBERTO CANDIDO VEIRA

JURY TRIAL - DAY 2

Page 19

1    Q.   Mr. Veira, did you have an understanding what would

2    happen if you didn't pay your rent on time?

3              MR. CUNHA:  Objection, Judge.

4              THE COURT:  Would you repeat the question,

5    please?

6    Q.   Did you have an understanding of what would happen

7    if you didn't pay your rent on time?

8              MR. CUNHA:  Objection.

9              THE COURT:  Sustained.

10   Q.   Do you have an understanding of what will happen to

11   you -- whether you'll be able to remain in this country

12   after these proceedings?

13             THE COURT:  I thought I ruled at the side bar

14   that this is going farther than is appropriate in view

15   of the charges here.

16             MS. SINGH:  Your Honor, may I have the

17   witness's answer to this?

18             THE COURT:  No.

19             MS. SINGH:  Okay.  Thank you.

20             MR. CUNHA:  May I have a minute, Judge?

21             (There is a pause.)

22                    CROSS-EXAMINATION

23   BY MR. CUNHA:

24   Q.   Mr. Veira, do I understand you never worked for Mr.

25   Neto?

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 20

1    A.    Never.

2    Q.    And when you came here, you went to a house in

3    Somerville, right?

4    A.    That's right.

5    Q.    Okay.  You lived there and you went there on your

6    own?

7    A.    To --

8    Q.    Somerville.  The house in Somerville?

9    A.    I did.  That's right.

10   Q.    And then for your own reasons you decided to move

11   to Dunster Street in Allston, correct?

12   A.    That's right.

13   Q.    And then for your own reasons you decided to move

14   to 27 Blaine Street, right?

15   A.    That's right.

16   Q.    Nobody told you where to live; you were leading

17   your own life, right?

18   A.    Just living my life.

19              MR. CUNHA:  No questions.

20              THE COURT:  Thank you.

21              MS. SINGH:  That's all, your Honor.

22              THE COURT:  Thank you, sir.  You're excused.

23              THE INTERPRETER:  Thank you, he says, your

24   Honor.

25              (Witness excused.)

TESTIMONY OF ROBERTO CANDIDO VEIRA
JURY TRIAL - DAY 2

Page 21

1                   C E R T I F I C A T E

2

3        I, Marcia G. Patrisso, do hereby certify that

4    the foregoing transcript is a true and accurate

5    transcription of the within proceedings, to the best of

6    my knowledge, skill, ability and belief.

7

8                    MARCIA G. PATRISSO, CSR, RPR, CRR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

a54bf7a0-b7f4-4961-9edc-4c63b26579d5

29514    377

240

## QUITCLAIM DEED

We, John Kelleher and Cornelius Kelleher, as Co-trustees of the Kilnap Realty Trust, u/d/t 1/30/84 recorded at the Suffolk County Registry of Deeds in Book 10963, Page 26, both of Boston, Suffolk County, Massachusetts

For consideration paid, and in full consideration of six hundred thirty eight thousand dollars ($638,000.00).

Grant to Jose P. Neto of 6 Bryant Street, #3, Everett, Middlesex County, Massachusetts with *quitclaim covenants*

The land with the buildings thereon in the Allston District of the City of Boston, Suffolk County, being Lots #19 and #20 on a plan of land in Allston by E.S. Smilie, Surveyor, dated November 1889, and recorded with the Suffolk County Registry of Deeds in Book 1915, Page 481, and being bounded and described as follows:

NORTHEASTERLY        on Lot #18, as shown on said plan, 50 feet;

NORTHWESTERLY        on Lots #8 and #9, as shown on said plan, 60 feet;

SOUTHWESTERLY        on Lot #21, as shown on said plan, 50 feet; and

SOUTHEASTERLY        on Blaine Avenue, as shown on said plan, 60 feet.

Containing 3,000 square feet of land according to said plan.

This conveyance is subject to all mortgages of record, the same premises conveyed to us by deed of John Kelleher, Michael Kelleher, Cornelius Kelleher, and Timothy Kelleher, as Trustees of Blarney Realty Trust, dated October 27, 1988, and recorded at said Suffolk County Registry of Deeds at Book 15141, Page 70.

Witness my hand and seal this 31 day of October 2002.

*John Kelleher*
John Kelleher, Trustee

Witness my hand and seal this 11th day of September 2002.

*Cornelius Kelleher*
Cornelius Kelleher, Trustee

michelle machado moreira
1098 Cambridge St
Cambridge MA 02138

