UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

USDC Docket Number : 05-10101

United States of America

v.

Jose Neto

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-54, 56-81

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/25/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 12, 2007.

Sarah A. Thornton, Clerk of Court

By: *[signature]*

Receipt of the documents in the above entitled case is hereby acknowledged, this date: 2/12/07.

*[signature]*

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL, INTERP, VICTIM

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10101-MEL-ALL

Case title: USA v. Neto  
Magistrate judge case number: 1:05-mj-00417-RBC

Date Filed: 04/12/2005

Assigned to: Senior Judge Morris E. Lasker  
Referred to: Magistrate Judge Robert B. Collings

## Defendant

**Jose Neto** (1)  
*TERMINATED: 01/25/2007*

represented by **Helen Holcomb**  
Cunha and Holcomb PC  
One State Street  
Suite 500  
Boston, MA 02109  
US  
617-523-4300  
Fax: 617-523-4350  
Email: holcomb@CunhaHolcomb.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**John H. Cunha, Jr.**  
Cunha & Holcomb, PC  
Suite 500  
One State Street  
Boston, MA 02109-3507  
617-523-4300  
Fax: 617-523-4350  
Email: cunha@cunhaholcomb.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

## Pending Counts

18:201 BRIBERY OF PUBLIC OFFICIAL  
(1-9)

## Disposition

| | |
|---|---|
| 18:201-BRIBERY OF PUBLIC OFFICIALS<br>(1s-9s) | The defendant is committed to the custody of the BHureau of Prisons to be imprisoned for a term of 60 months. This term consists of 60 months on Counts 1 through 33 and 36 through 40, and six months on Count 42,to be served concurrently.The defendant is to be credit with time served from 3/15/05 to the present. Upon release the defendant shall be placed on supervised release for a term of two years.This term consists of two years on Count 1 through 33 and 36 through 40, and one year on Count 42, all such terms to run concurrently. While on supervised release you shall comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is imposed. The defendant shall pay a special assessment of $3,810.00 which shall be due immediately.The defendant shall forfeit the defendant's interest in the property located at 27-33 Blain Street, Allston Mass in accordance with the order dated January 18,2007. The defendant is informed of his right to appeal. |
| 8:1324(a) - Inducing Aliens to Reside in the United States Illegally<br>(10-32) | |
| 8:1324 (a)_INDUCING ALIENS TO RESIDE IN THE UNITED STATES ILLEGALLY<br>(10s-32s) | The defendant is committed to the custody of the BHureau of Prisons to be imprisoned for a term of 60 months. This term consists of 60 months on Counts 1 through 33 and 36 through 40, and six months on Count 42,to be served concurrently.The defendant is to be credit with time served from 3/15/05 to the present. Upon release the defendant shall be placed on supervised release for a term of two years.This term consists of two years on Count 1 through 33 and 36 through 40, and one year on Count 42, all such terms to run concurrently. While on supervised release you shall comply with the standard conditions of supervised release, plus the special |

8:1324(a) Harboring Illegal Aliens
(33-35)

8:1324 (a)-HARBORING ILLEGAL
ALIENS
(33s)

8:1324 (a)-HARBORING ILLEGAL
ALIENS
(34s)

8:1324(a) Hiring and Employing Illegal
Aliens
(36)

conditions of supervised release. No fine is imposed. The defendant shall pay a special assessment of $3,810.00 which shall be due immediately.The defendant shall forfeit the defendant's interest in the property located at 27-33 Blain Street, Allston Mass in accordance with the order dated January 18,2007. The defendant is informed of his right to appeal.

The defendant is committed to the custody of the BHureau of Prisons to be imprisoned for a term of 60 months. This term consists of 60 months on Counts 1 through 33 and 36 through 40, and six months on Count 42,to be served concurrently.The defendant is to be credit with time served from 3/15/05 to the present. Upon release the defendant shall be placed on supervised release for a term of two years.This term consists of two years on Count 1 through 33 and 36 through 40, and one year on Count 42, all such terms to run concurrently. While on supervised release you shall comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is imposed. The defendant shall pay a special assessment of $3,810.00 which shall be due immediately.The defendant shall forfeit the defendant's interest in the property located at 27-33 Blain Street, Allston Mass in accordance with the order dated January 18,2007. The defendant is informed of his right to appeal.

| | |
|---|---|
| 8:1324 (a)-HARBORING ILLEGAL ALIENS (36s-40s) | The defendant is committed to the custody of the BHureau of Prisons to be imprisoned for a term of 60 months. This term consists of 60 months on Counts 1 through 33 and 36 through 40, and six months on Count 42,to be served concurrently.The defendant is to be credit with time served from 3/15/05 to the present. Upon release the defendant shall be placed on supervised release for a term of two years.This term consists of two years on Count 1 through 33 and 36 through 40, and one year on Count 42, all such terms to run concurrently. While on supervised release you shall comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is imposed. The defendant shall pay a special assessment of $3,810.00 which shall be due immediately.The defendant shall forfeit the defendant's interest in the property located at 27-33 Blain Street, Allston Mass in accordance with the order dated January 18,2007. The defendant is informed of his right to appeal. |
| 8:1324 (a)-HIRING AND EMPLOYING ILLEGAL ALIENS (42s) | The defendant is committed to the custody of the BHureau of Prisons to be imprisoned for a term of 60 months. This term consists of 60 months on Counts 1 through 33 and 36 through 40, and six months on Count 42,to be served concurrently.The defendant is to be credit with time served from 3/15/05 to the present. Upon release the defendant shall be placed on supervised release for a term of two years.This term consists of two years on Count 1 through 33 and 36 through 40, and one year on Count 42, all such terms to run concurrently. While on supervised release you shall comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is imposed. The defendant shall pay a special assessment of $3,810.00 which |

shall be due immediately. The defendant shall forfeit the defendant's interest in the property located at 27-33 Blain Street, Allston Mass in accordance with the order dated January 18, 2007. The defendant is informed of his right to appeal.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

8:1324 (a)-HARBORING ILLEGAL ALIENS
(35s)

18:892-extortionate extention of credit
(41s)

### Disposition

### Highest Offense Level (Terminated)

Felony

### Complaints

8:1324.F

### Disposition

### Interested Party

**Mortgage Electronic Registration Systems, Inc.**
*TERMINATED: 01/25/2007*

represented by **David M. Rosen**
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
617-558-8411
Fax: 617-244-7304
Email: DRosen@harmonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Veronica C. Viveiros**
Harmon Law Offices, P.C.
150 California Street
P.O. Box 610389
Newton, MA 02458
617-558-0500

Fax: 617-244-7304
Email: vviveiros@harmonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Plaintiff**

USA      represented by **George W. Vien**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3236
Fax: 617-748-3954
Email: george.vien@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul G. Levenson**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3147
Fax: 617-748-3960
Email: paul.levenson@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sabita Singh**
United States Attorney's Office
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3686
Fax: 617-748-3954
Email: sabita.singh@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 03/11/2005 | 1 | COMPLAINT as to Jose Neto (1) with Affidavit of Special Agent Teresa A. Courtney. (Russo, Noreen) [1:05-mj-00417-RBC] (Entered: 03/17/2005) |
|---|---|---|
| 03/16/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Jose Neto held on 3/16/2005. Paul G. Levenson for Gov't, Al Cullen with Mr. Neto. Max Penalties, charges, and rights read to def't. Def't indicates can afford an attorney. Gov't moves to detain def't and for 3 day continuance. USMJ Dien sets prelim. exam / detention hearing for 3/21/05 @ 11:00 AM before USMJ Collings. (Digital Recording.) (Russo, Noreen). [1:05-mj-00417-RBC] (Entered: 03/17/2005) |
| 03/18/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Status Conference as to Jose Neto held on 3/18/2005. U.S. Attorney has not appeared. J. Cunha with Def't. Mr. Neto is in courtroom. Court is informed of circumstance re retaining attorney. Court talks to Marshals about def't speaking with sister re attorney. Conf. continued until 3:00 PM. Marshals to allow def't to make necessary arraignments re attorney. (Digital Recording.) (Russo, Noreen). [1:05-mj-00417-RBC] (Entered: 03/18/2005) |
| 03/18/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Further Status Conference as to Jose Neto held on 3/18/2005. Paul G. Levenson for Gov't, Attorney Cunha with Def't. Attorney Cunha is to be retained. Preliminary Exam / Detention Hrg. set for Thursday, March 24, 2005 @ 10:00 AM. (Digital Recording.) (Russo, Noreen) [1:05-mj-00417-RBC] (Entered: 03/18/2005) |
| 03/24/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Jose Neto held on 3/24/2005, Preliminary Examination as to Jose Neto held on 3/24/2005. P. Levenson for Gov't, J. Cunha for Def't. Pretrial Services. Def't asks the matter to be continued to Wednesday March 30, 2005 @ 11:15 AM. Court allows Def'ts motion. (Digital Recording.) (Russo, Noreen) [1:05-mj-00417-RBC] (Entered: 03/24/2005) |
| 03/24/2005 | 2 | Arrest Warrant Returned Executed on 3/15/05. as to Jose Neto. (Simeone, Maria) [1:05-mj-00417-RBC] (Entered: 03/25/2005) |
| 03/30/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Detention Hearing as to Jose Neto held on 3/30/2005, Preliminary Examination as to Jose Neto held on 3/30/2005. P. Levenson for Gov't, John Cunha for Def't, Pretrial Services. Portuguese Interp. sworn. One witness. No further evidence. Court finds probable cause and def't is held to answer in district court. On issue of detention def't argues for release. Court rules to detain the def't without prejudice. (Digital Recording.) (Russo, Noreen) [1:05-mj-00417-RBC] (Entered: 03/30/2005) |
| 03/30/2005 | 3 | Judge Robert B. Collings : ORDER entered. ORDER PURSUANT TO RULE 5.1, FED. R. CRIM. P. as to Jose Neto (Russo, Noreen). [1:05-mj-00417-RBC] (Entered: 04/01/2005) |

| | | |
|---|---|---|
| 03/30/2005 | 4 | Judge Robert B. Collings : ORDER entered. ORDER OF DETENTION PENDING TRIAL as to Jose Neto (Russo, Noreen) [1:05-mj-00417-RBC] (Entered: 04/01/2005) |
| 04/05/2005 | 5 | EX PARTE MOTION for Authorization of Services or Funds as to Jose Neto. (Smith3, Dianne) [1:05-mj-00417-RBC] (Entered: 04/06/2005) |
| 04/12/2005 | 6 | INDICTMENT as to Jose Neto (1) count(s) 1-9, 10-32, 33-35, 36. (Gawlik, Cathy) (Entered: 04/13/2005) |
| 04/13/2005 | 7 | Judge Morris E. Lasker : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Pretrial proceedings as to Jose Neto (Gawlik, Cathy) (Entered: 04/13/2005) |
| 04/14/2005 | 8 | MOTION to Seal by USA. (Howarth, George) (Entered: 04/14/2005) |
| 04/18/2005 |  | Judge Morris E. Lasker : ORDER entered granting 8 Motion to Seal (Howarth, George) (Entered: 04/26/2005) |
| 04/22/2005 |  | Electronic NOTICE OF HEARING as to Jose Neto Arraignment set for 4/29/2005 @ 3:30 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 04/22/2005) |
| 04/29/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Jose Neto (1) Count 1-9,10-32,33-35,36 held on 4/29/2005, Plea entered by Jose Neto, Not Guilty on counts 1-36. P. Levenson for Gov't, J. Cunha for Def't, Interp. Sworn. Initial Status Conf. set for 6/16/2005 @ 10:45 A.M. (Digital Recording.) (Russo, Noreen) Modified on 5/1/2005 (Russo, Noreen). (Entered: 05/01/2005) |
| 04/29/2005 | 10 | Judge Robert B. Collings : ORDER entered. MEMORANDUM AND ORDER as to Jose Neto. Initial Status Conference set for Thursday, June 16, 2005 @ 10:45 A.M. (Russo, Noreen) (Entered: 05/04/2005) |
| 05/01/2005 |  | Notice of correction to docket made by Court staff. Correction: Initial Status Conf. is 6/16/2005 not 6/1/2005 in 4/29/2005 clerknote as to Jose Neto (Russo, Noreen) (Entered: 05/01/2005) |
| 05/27/2005 | 11 | NOTICE re automatic disclosure as to Jose Neto (Smith3, Dianne) (Entered: 06/03/2005) |
| 06/16/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Status Conference as to Jose Neto held on 6/16/2005. P. Levinson for Gov't, J. Cunha for Def't. No request for relief from 116.3 requirements, experts not expected, expert reports due 45 days before trial for Gov't, 21 for Defense, no additional discovery owed, some possibility of superceeding charge, non discovery motions could be filed, court sets until August 12, 2005 for any such motions, unknown if a trial is necessary and it will take 2 weeks if necessary. Final Status Conf set for September 1, 2005 @ 10:30 A.M. (Digital Recording.) (Russo, Noreen) (Entered: 06/16/2005) |
| 06/16/2005 | 12 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Jose Neto (Russo, Noreen). (Entered: |

| | | |
|---|---|---|
| | | 06/16/2005) |
| 06/16/2005 | 13 | Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A) as to Jose Neto. (Russo, Noreen). (Entered: 06/16/2005) |
| 06/16/2005 | 14 | Judge Robert B. Collings : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Jose Neto. Time excluded from 4/12/2005 until 4/12/2005. Time excluded from 4/13/2005 until 4/18/2005. Time excluded from 4/29/2005 until 4/29/2005. Time excluded from 4/30/2005 until 5/27/2005. Time excluded from 6/16/2005 until 6/16/2005. Time excluded from 6/17/2005 until 8/12/2005. Thus, as of August 12, 2005, TWENTY-NINE (29) non-excludable days will have occurred leaving FORTY-ONE (41) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 06/16/2005) |
| 07/15/2005 | 15 | NOTICE of Appearance of attorneys Veronica Viveiros and David M. Rosen by Mortgage Electronic Registration Systems,Inc. as to Jose Neto (Attachments: # 1 Exhibit A)(Howarth, George) (Entered: 07/18/2005) |
| 08/31/2005 | 16 | NOTICE *JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE* by USA as to Jose Neto (Levenson, Paul) (Entered: 08/31/2005) |
| 08/31/2005 | 17 | Assented to MOTION to Continue *Final Conference* to Late October as to Jose Neto. (Cunha, John) (Entered: 08/31/2005) |
| 08/31/2005 | | Judge Robert B. Collings : Electronic ORDER entered denying 17 Motion to Continue as to Jose Neto (1). DENIED. Att. Cunha may participate by phone. (Russo, Noreen) (Entered: 08/31/2005) |
| 09/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Final Status Conference as to Jose Neto held on 9/1/2005. P. Levenson for Gov't, J. Cunha for Def't (by phone). David Rhein for MERS. Court indicates it is required to send case to District Court Judge as discovery is complete. Court indicates that counsel request motion to continue initial pretrial conference if necessary with District Judge. (Digital Recorder) (Russo, Noreen) (Entered: 09/01/2005) |
| 09/06/2005 | 18 | Judge Robert B. Collings : ORDER entered. ORDER OF EXCLUDABLE DELAY as to Jose Neto Time excluded from 9/1/2005 until 9/1/2005. Thus, as of September 1, 2005, FORTY-EIGHT (48) non-excludable days have occurred leaving TWENTY-TWO (22) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 09/07/2005) |
| 09/06/2005 | 19 | Judge Robert B. Collings : ORDER entered. ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5 (C)as to Jose Neto (Russo, Noreen) (Entered: 09/07/2005) |
| 09/06/2005 | | Case as to Jose Neto no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 09/07/2005) |

| 09/16/2005 | 20 | Assented to MOTION for Extension of Time to 10/20/2005 to File Pretrial Conference as to Jose Neto. (Cunha, John) (Entered: 09/16/2005) |
|---|---|---|
| 09/20/2005 | | Judge Morris E. Lasker : ORDER entered granting 20 Motion for Extension of Time for pretrial conference as to Jose Neto (1) (Howarth, George) (Entered: 09/20/2005) |
| 09/20/2005 | | NOTICE OF HEARING as to Jose Neto Pretrial Conference set for 10/20/2005 02:15 PM in Courtroom 8 before Judge Morris E. Lasker. (Howarth, George) (Entered: 09/20/2005) |
| 10/20/2005 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Pretrial Conference as to Jose Neto held on 10/20/2005. Court questions counsel on progress of case, Trial Set for January 3, 2006 at 9:00 a.m.;pretrial if needed to be December 28,2005 at 2:15 p.m. (Court Reporter Valerie O'Hara.) (Howarth, George) Modified on 10/21/2005 (Howarth, George). (Entered: 10/21/2005) |
| 10/20/2005 | 21 | Judge Morris E. Lasker : ORDER entered. PRETRIAL ORDER as to Jose Neto Time excluded from 09/06/05 until 01/03/06. Exhibit List due by 12/27/2005. Expert Witness List due by 12/27/2005. Jury Trial set for 1/3/2006 09:00 AM in Courtroom 8 before Judge Morris E. Lasker. Pretrial Conference set for 12/28/2005 02:15 PM in Courtroom 8 before Judge Morris E. Lasker. For Full Text of Pretrial Order See Docket entry [ 21 ] (Howarth, George) (Entered: 10/21/2005) |
| 11/16/2005 | | Judge Morris E. Lasker : Electronic ORDER entered granting 22 Motion to Seal Document by gov't (Howarth, George) (Entered: 11/17/2005) |
| 11/16/2005 | 24 | Judge Morris E. Lasker : ORDER entered. re 23 Application filed by USA, EX PARTE ORDERED ISSUED. (Howarth, George) (Entered: 11/17/2005) |
| 11/28/2005 | 25 | Assented to MOTION to Continue *Trial Date* as to Jose Neto. (Cunha, John) (Entered: 11/28/2005) |
| 12/04/2005 | 26 | NOTICE OF ATTORNEY APPEARANCE Sabita Singh appearing for USA. (Singh, Sabita) (Entered: 12/04/2005) |
| 12/13/2005 | | Judge Morris E. Lasker : Electronic ORDER entered granting 25 Motion to Continue as to Jose Neto (1) Jury Trial set now for 2/13/2006 09:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 12/14/2005) |
| 12/19/2005 | 27 | MOTION for Excludable Delay from January 3, 2006 to February 13, 2006 *and Amendment of Pretrial Order* as to Jose Netoby USA. (Singh, Sabita) (Entered: 12/19/2005) |
| 12/20/2005 | | Judge Morris E. Lasker : Electronic ORDER entered granting 27 Motion to Exclude time from January 3, 2006 thru February 13, 2006 also the pretrial order is extended by 30 days on each date, as to Jose Neto (1) (Howarth, George) (Entered: 12/21/2005) |

| | | |
|---|---|---|
| 12/20/2005 | 28 | Judge Morris E. Lasker : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Jose Neto Time excluded from 01/03/06 until 02/13/06.Further, this Court Orders that each of the deadlines listed in the Court's October 20, 2005 Pretrial Order shall be extended by 30 days. (Howarth, George) (Entered: 12/21/2005) |
| 01/10/2006 | 29 | SUPERSEDING INDICTMENT as to Jose Neto (1) count(s) 1s-9s, 10s-32s, 33s-40s, 41s, 42s. (Diskes, Sheila) (Entered: 01/10/2006) |
| 01/10/2006 | 30 | Judge Morris E. Lasker : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: PRETRIAL as to Jose Neto (Diskes, Sheila) (Entered: 01/10/2006) |
| 01/10/2006 | | ELECTRONIC NOTICE OF HEARING as to Jose Neto Arraignment set for 1/11/2006 @ 02:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) Modified on 1/10/2006. (Entered: 01/10/2006) |
| 01/11/2006 | | ElectronicClerk's Notes for proceedings held before Magistrate Judge Robert B. Collings:Arraignment as to Jose Neto (1) Count 1s-9s,10s-32s,33s-40s,41s,42s held on 1/11/2006, Plea entered: Not Guilty on counts 1s-9s,10s-32s,33s-40s,41s,42s. AUSA Singh for Gov't; J. Cunha for Def't; Portuguese Interp. SWORN. Court inquires about further pretrial proceedings and Counsel indicate there is not. Trial is set for 2/13/2006. Court to send case back to District Judge. (Digital Recording) (Russo, Noreen). (Entered: 01/11/2006) |
| 01/11/2006 | 32 | NOTICE OF ATTORNEY APPEARANCE: Helen Holcomb appearing for Jose Neto (Howarth, George) (Entered: 01/13/2006) |
| 01/12/2006 | 31 | MOTION to Continue as to Jose Neto. (Cunha, John) (Entered: 01/12/2006) |
| 01/12/2006 | 34 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER OF EXCLUDABLE DELAY as to Jose Neto Time excluded from 1/11/2006 until 1/11/2006. (Russo, Noreen) (Entered: 01/17/2006) |
| 01/12/2006 | 35 | Magistrate Judge Robert B. Collings : ORDER entered as to Jose Neto (Russo, Noreen) (Entered: 01/17/2006) |
| 01/12/2006 | | Case as to Jose Neto no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 01/17/2006) |
| 01/13/2006 | 33 | Assented to MOTION to Strike *Surplusage in Indictment* as to Jose Netoby USA. (Singh, Sabita) (Entered: 01/13/2006) |
| 01/17/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 31 Motion to Continue as to Jose Neto (1) Jury Trial set for 4/3/2006 09:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. Pretrial Conference set for 3/30/2006 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 01/17/2006) |
| 01/17/2006 | 36 | Judge Morris E. Lasker : Electronic ORDER entered. Granting as to Jose Neto re 33 Assented to MOTION to Strike *Surplusage in Indictment* filed by USA. (Howarth, George) (Entered: 01/19/2006) |

| | | |
|---|---|---|
| 01/19/2006 | 37 | NOTICE *Verified Claim* by Mortgage Electronic Registration Systems, Inc. as to Jose Neto (Attachments: # 1 Verification# 2 Exhibit # 3 Certificate of Service)(Rosen, David) (Entered: 01/19/2006) |
| 03/13/2006 | 38 | MOTION *For Translator Services at Trial* as to Jose Neto. (Cunha, John) (Entered: 03/13/2006) |
| 03/20/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 38 Motion to Provide a Brazilian-Portugese Language Interpreter as to Jose Neto (1) (Howarth, George) (Entered: 03/20/2006) |
| 03/20/2006 | 39 | EXHIBIT/WITNESS LIST by USA as to Jose Neto (Singh, Sabita) (Entered: 03/20/2006) |
| 03/20/2006 | 40 | Proposed Jury Instructions by USA as to Jose Neto (Singh, Sabita) Additional attachment(s) added on 3/21/2006 (Howarth, George). (Entered: 03/20/2006) |
| 03/21/2006 | | Notice of correction to docket made by Court staff. Correction: Docket No. 40 corrected because: To add certificate of service as to Jose Neto (Howarth, George) (Entered: 03/21/2006) |
| 03/30/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Pretrial Conference as to Jose Neto held on 3/30/2006.Counsel informs the Court that the defendant will plea to all except 3 counts which will be tried to the Court without a jury. The counsel request the court to contiue the nonjury case for three weeks. Court agrees. The Change of Plea Hearing is set for 4/3/2006 09:00 AM in Courtroom 8 before Senior Judge Morris E. Lasker. (Court Reporter Valere O'Hara.) (Howarth, George) Modified on 3/31/2006 (Howarth, George). Modified on 3/31/2006 (Howarth, George). (Entered: 03/31/2006) |
| 04/03/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker; Interpreter Claudia Azoff sworn :Change of Plea Hearing as to Jose Neto held on 4/3/2006, Court questions deft's attorneys on how long they has represented the plaintiff; Court questions the defendant and informs him of his rights and what the possible maximum sentence could be; the Court questions defendant as to why he wants to change his plea; Court finds factual basis, and the Court accepts the plea. Plea entered by Jose Neto (1) Guilty Count 1s-9s,10s-32s,42s. Bench Trial set for 5/8/2006 09:00 AM on Counts 33-40,in Courtroom 8 before Senior Judge Morris E. Lasker. (Court Reporter Richard Romanow.) (Howarth, George) Modified on 4/3/2006 (Howarth, George). (Entered: 04/03/2006) |
| 04/28/2006 | | Attorney update in case as to Jose Neto. Attorney George W. Vien for USA added. (Howarth, George) (Entered: 04/28/2006) |
| 05/04/2006 | 41 | Proposed Jury Instructions by USA as to Jose Neto (Levenson, Paul) (Entered: 05/04/2006) |
| 05/04/2006 | 42 | Proposed Voir Dire by USA as to Jose Neto (Levenson, Paul) (Entered: 05/04/2006) |

| | | |
|---|---|---|
| 05/04/2006 | 43 | NOTICE *Govenment's Redacted Indictment for Submission to Jury* by Jose Neto (Attachments: # 1)(Levenson, Paul) (Entered: 05/04/2006) |
| 05/04/2006 | 44 | EXHIBIT/WITNESS LIST by USA as to Jose Neto (Levenson, Paul) (Entered: 05/04/2006) |
| 05/04/2006 | 45 | EXHIBIT/WITNESS LIST by USA as to Jose Neto (Levenson, Paul) (Entered: 05/04/2006) |
| 05/05/2006 | 46 | Proposed Jury Instructions by Jose Neto (Cunha, John) (Entered: 05/05/2006) |
| 05/05/2006 | 47 | Proposed Voir Dire by Jose Neto (Cunha, John) (Entered: 05/05/2006) |
| 05/05/2006 | 48 | MOTION in Limine as to Jose Neto. (Cunha, John) (Entered: 05/05/2006) |
| 05/07/2006 | 49 | EXHIBIT/WITNESS LIST by Jose Neto (Cunha, John) (Entered: 05/07/2006) |
| 05/08/2006 | 50 | Proposed Jury Instructions by USA as to Jose Neto (Levenson, Paul) (Entered: 05/08/2006) |
| 05/08/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker : Criminal Jury Trial Day #1;Court has conference with counsel regarding motion in limine. Jury Selection held on 5/8/2006, Jury Trial held on 5/8/2006, Voir Dire begun on 5/8/2006 Jose Neto (1) on Count 33s-40s Jury selected and sworn; Gov't's evidence ; Witness #1; Witness #2; Court in recess till May 9, 2006 at 9:00 a.m. (Court Reporter Marcia Patrisso.) (Howarth, George) Modified on 5/10/2006 (Howarth, George). (Entered: 05/10/2006) |
| 05/09/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Jury Trial Day #2; as to Jose Neto held on 5/9/2006. Conference with counsel regarding exhibit the gov't's counsel would like to enter;Court informs counsel that the exhibit can not be put in, but can be used to refesh the witnesses memory; Gov't's evidence continues; witness #2 continues;witness #3; witness #4; witness #5;witness #6;witness #7;witness #8; Court in recess till May 10, 2006 at 9:00 a.m. (Court Reporter Marcia G. Patrisso.) (Howarth, George) Modified on 5/31/2006 (Howarth, George). Modified on 5/31/2006 (Howarth, George). (Entered: 05/10/2006) |
| 05/10/2006 | 51 | Proposed Jury Instructions by USA as to Jose Neto (Singh, Sabita) (Entered: 05/10/2006) |
| 05/10/2006 | 52 | MOTION for Acquittal filed in open court after gov't rest and also refiled after both parties have rested. as to Jose Neto. (Howarth, George) (Entered: 05/11/2006) |
| 05/10/2006 | | Judge Morris E. Lasker : Electronic ORDER entered reserving ruling on both 52 Motions for Acquittal as to Jose Neto (1) (Howarth, George) (Entered: 05/11/2006) |

| 05/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :CriminalJury Trial Day #3. as to Jose Neto held on 5/10/2006. Before jury comes in and after gov't rest, defendant files motion for judgment of aquitial,motion reserved.Defendant rest,gov't rest;defendant refiles motion for awuitial, motion reserved. Jury brought in. Closing arguments,Court charges jury; jury goes to deliberate at 12:10 p.m.; Jury has lunch; jury has two (2) questions at 2:45p.m; questions from jury marked jury exhibit #1 and #2; jury brought in and questions answered; Jury has verdict at 3:30 p.m.; Jury finds the defendant guilty on all counts except Count 34 which he is found not quilty; The jury is polled on count one of the Verdict form ; The Court charges the jury on the Forfeiture Count and counsel argue to the jury on the Count; Jury set to deliberate this count cat 3:59 p.m.; Jury has question at 4:45 p.m.; question marked jury Ex#3; jury brought in and question answered. Jury has verdict at 5:20 p.m.; Verdict for the gov't on the forfeiture count. Jury dismissed and exhibits returned to counsel. Defendant to file brief on rule 29 motion by June 1, 2006; Gov't has 14 days to repond. A hearing will then be set for rule 29 motion. Court in recess.(Court Reporter Marcia Patrisso.) (Howarth, George) Modified on 5/11/2006 (Howarth, George). (Entered: 05/11/2006) |
|---|---|---|
| 05/10/2006 | 53 | JURY VERDICT as to Jose Neto (1) Guilty on Count 33s, 35s-40s. Not Guilty on Count 34. (Howarth, George) (Entered: 05/12/2006) |
| 05/10/2006 | 54 | JURY VERDICT on Forfeiture as to Jose Neto. Jury answered Yes to Forfeiture. (Howarth, George) (Entered: 05/12/2006) |
| 05/16/2006 | 55 | TRANSCRIPT of Jury Trial Day Two (Testimony of Roberto Candido Veira as to Jose Neto held on May 9, 2006 before Judge Lasker. Court Reporter: Marcia G.Patrisso. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-8728 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/16/2006) |
| 05/18/2006 | 56 | MOTION for Forfeiture of Property *Preliminary Order of Forfeiture* as to Jose Netoby USA. (Attachments: # 1 Text of Proposed Order Preliminary Order of Forfeiture)(Barclay, Kristina) (Entered: 05/18/2006) |
| 05/24/2006 | 57 | MOTION to Continue *time for filing of Rule 29 Memorandum and Opposition to Government's Motion for Forfeiture* as to Jose Neto. (Cunha, John) (Entered: 05/24/2006) |
| 05/31/2006 | | Judge Morris E. Lasker : Electronic ORDER entered granting 57 Motion to Continue as to Jose Neto (1) (Howarth, George) (Entered: 05/31/2006) |
| 06/18/2006 | 58 | MEMORANDUM in Support by Jose Neto re 52 MOTION for Acquittal *and in opposition to Motion for Forfeiture* (Cunha, John) (Entered: 06/18/2006) |
| 06/29/2006 | 59 | MEMORANDUM in Opposition by USA as to Jose Neto re 52 MOTION for Acquittal (Singh, Sabita) (Entered: 06/29/2006) |

| | | |
|---|---|---|
| 07/20/2006 | 60 | MOTION for Hearing *on Rule 29 Motion* as to Jose Neto. (Cunha, John) (Entered: 07/20/2006) |
| 07/20/2006 | | ELECTRONIC NOTICE OF HEARING ON MOTION as to Jose Neto 60 MOTION for Hearing *on Rule 29 Motion*: Motion Hearing set for 7/26/2006 02:00 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 07/20/2006) |
| 07/20/2006 | 61 | Judge Morris E. Lasker : ORDER entered denying 52 Motion for Acquittal as to Jose Neto (1).For Full Text see Docket No.61. (Howarth, George) Additional attachment(s) added on 7/21/2006 (Howarth, George). (Entered: 07/21/2006) |
| 07/20/2006 | 62 | Judge Morris E. Lasker : ORDER entered granting 56 Motion for Forfeiture of Property as to Jose Neto (1) (Howarth, George) (Entered: 07/21/2006) |
| 07/21/2006 | | ELECTRONIC NOTICE CANCELLING HEARING as to Jose Neto.: The Hearing set for July 26, 2006 has been cancelled due to the ruling on the motion made July 20,2006. (Howarth, George) (Entered: 07/21/2006) |
| 09/21/2006 | | ELECTRONIC NOTICE OF HEARING as to Jose Neto Sentencing set for 1/10/2007 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 09/21/2006) |
| 09/21/2006 | 63 | Judge Morris E. Lasker : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Jose Neto Sentencing set for 1/10/2007 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 09/21/2006) |
| 09/26/2006 | 64 | Department of the Treasury Process Receipt and Return for Preliminary Order of Forfeiture. 27-33 Blaine Street, Allston served Delivered on 8/4/06 (Howarth, George) (Entered: 10/03/2006) |
| 09/26/2006 | 65 | Department of the Treasury Process Receipt and Return for Preliminary Order of Forfeiture. Publication served Delivered on 07/21/06 (Howarth, George) (Entered: 10/03/2006) |
| 09/26/2006 | 66 | Department of the Treasury Process Receipt and Return for Preliminary Order of Forfeiture. Jose Neto served Delivered on 08/02/06 (Howarth, George) (Entered: 10/03/2006) |
| 09/26/2006 | 67 | Department of the Treasury Process Receipt and Return for Preliminary Order of Forfeiture. Attorney John Cunha served Delivered on 08/01/06 (Howarth, George) (Entered: 10/03/2006) |
| 09/26/2006 | 68 | Department of the Treasury Process Receipt and Return for Preliminary Order of Forfeiture. City of Boston Assessing Department served Delivered on 08/02/06 (Howarth, George) (Entered: 10/03/2006) |
| 09/26/2006 | 69 | Department of the Treasury Process Receipt and Return for Preliminary Order of Forfeiture. Weststar Mortgage, Inc. served Delivered on 07/31/06 (Howarth, George) (Entered: 10/03/2006) |

| | | |
|---|---|---|
| 09/26/2006 | 70 | Department of the Treasury Process Receipt and Return for Preliminary Order of Forfeiture. Mortgage Electronic Registration Systems, Inc. served Delivered on 07/31/06 (Howarth, George) (Entered: 10/03/2006) |
| 11/17/2006 | | ELECTRONIC NOTICE OF RESCHEDULING Sentencing set for January 10, 2007 at 2:15 p.m. as to Jose Neto The Sentencing is now set for 1/10/2007 02:00 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 11/17/2006) |
| 11/29/2006 | | ELECTRONIC NOTICE OF RESCHEDULING the sentencing as to Jose Neto which was set for January 10, 2007. The Sentencing is now set for 1/23/2007 02:15 PM in Courtroom 8 before Senior Judge Morris E. Lasker. (Howarth, George) (Entered: 11/29/2006) |
| 12/12/2006 | 71 | DISMISSAL as to Jose Neto *of Counts 35 and 41 of the Second Superseding Indictment* (Levenson, Paul) (Entered: 12/12/2006) |
| 12/13/2006 | 72 | Judge Morris E. Lasker : ORDER entered. DISMISSAL OF COUNTS 35 and 41 on Government Motion as to Jose Neto. Counts dismissed: (O'Leary, Dennis) (Entered: 12/14/2006) |
| 01/04/2007 | 73 | MOTION for Forfeiture of Property as to Jose Netoby USA. (Attachments: # 1 Text of Proposed Order -Final Order of Forfeiture)(Barclay, Kristina) (Entered: 01/04/2007) |
| 01/18/2007 | 74 | MOTION for Downward Departure *and Sentencing Memorandum* as to Jose Neto. (Cunha, John) (Entered: 01/18/2007) |
| 01/18/2007 | 75 | Judge Morris E. Lasker : ORDER entered. ORDER DIRECTING FORFEITURE OF PROPERTY as to Jose Neto. (Howarth, George) (Entered: 01/22/2007) |
| 01/22/2007 | 76 | SENTENCING MEMORANDUM by USA as to Jose Neto (Levenson, Paul) (Entered: 01/22/2007) |
| 01/23/2007 | | ElectronicClerk's Notes for proceedings held before Judge Morris E. Lasker :Sentencing held on 1/23/2007 for Jose Neto (1)(Interpreter Claudia F. Azoff-Sworn), Count(s)1s-9s 10s-32s, 33s, 36s-40s, 42s, The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 60 months. This term consists of 60 months on Counts 1 through 33 and 36 through 40, and six months on Count 42,to be served concurrently.The defendant is to be credit with time served from 3/15/05 to the present. Upon release the defendant shall be placed on supervised release for a term of two years.This term consists of two years on Count 1 through 33 and 36 through 40, and one year on Count 42, all such terms to run concurrently. While on supervised release you shall comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is imposed. The defendant shall pay a special assessment of \$3,810.00 which shall be due immediately.The defendant shall forfeit the defendant's interest in the property located at 27-33 Blain Street, Allston Mass in accordance with the order dated January 18,2007. |

|  |  |  | The defendant is informed of his right to appeal.. (Court Reporter Marcia G. Patrisso.) (Howarth, George) Modified on 1/25/2007 (Howarth, George). (Entered: 01/24/2007) |
|---|---|---|---|
| 01/25/2007 |  | 77 | NOTICE OF APPEAL by Jose Neto NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/14/2007. (Cunha, John) (Entered: 01/25/2007) |
| 01/25/2007 |  | 78 | Judge Morris E. Lasker : ORDER entered. JUDGMENT as to Jose Neto (1), Count(s) 10s-32s, 1s-9s, 33s, 36s-40s, 42s, The defendant is committed to the custody of the BHureau of Prisons to be imprisoned for a term of 60 months. This term consists of 60 months on Counts 1 through 33 and 36 through 40, and six months on Count 42,to be served concurrently.The defendant is to be credit with time served from 3/15/05 to the present. Upon release the defendant shall be placed on supervised release for a term of two years.This term consists of two years on Count 1 through 33 and 36 through 40, and one year on Count 42, all such terms to run concurrently. While on supervised release you shall comply with the standard conditions of supervised release, plus the special conditions of supervised release. No fine is imposed. The defendant shall pay a special assessment of $3,810.00 which shall be due immediately.The defendant shall forfeit the defendant's interest in the property located at 27-33 Blain Street, Allston Mass in accordance with the order dated January 18,2007. The defendant is informed of his right to appeal. (Howarth, George) (Entered: 01/26/2007) |
| 01/26/2007 |  | 79 | MOTION to Expedite *Amend and Modify Final Order of Forfeiture* as to Jose Netoby Mortgage Electronic Registration Systems,Inc.. (Attachments: # 1 Exhibit # 2 Exhibit)(Clark, Jeffrey) (Entered: 01/26/2007) |
| 01/26/2007 |  | 80 | First MOTION to Alter Judgment *and order forfeiture to include only 27-29 Blaine Street* as to Jose Neto. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit)(Cunha, John) (Entered: 01/26/2007) |
| 01/31/2007 |  | 81 | MOTION to Dismiss *Claim Filed by Mortgage Electronic Registration Systems, Inc.* as to Jose Netoby USA. (Attachments: # 1 Attachment 1)(Barclay, Kristina) (Entered: 01/31/2007) |