## E N D O R S E M E N T

UNITED STATES v. JOSÉ NETO
05-CR-10101-MEL
LASKER, D.J.

      This is a motion by defendant José Neto to amend judgment and order of forfeiture to include only 27-29 Blaine Street, and not 31-33 Blaine Street. Neto was found guilty after a jury trial in May 2006 of six counts of harboring illegal aliens. Neto's property at 27-33 Blaine Street, Allston, MA, was determined in a special verdict by the jury to be the property that was used to facilitate the harboring violations.

      Neto argues that 27-29 Blaine Street is a distinct property from 31-33 Blaine Street because they are taxed as two separate two-family residences, and not as a single four-family structure, and the building resides on two separate lots. Neto asserts that the harboring violations involved only the 27-29 Blaine Street residences.

      The United States contends that the property is a single building and that Neto obtained the entire 27-33 Blaine Street property by a single deed of conveyance, which thereby defines the interest in the property for purposes of forfeiture. See United States v. Bieri, 21 F.3d 819, 824 (8th Cir. 1994)(finding a contiguous property that was conveyed as a whole at a single time, and in one instrument, to be a single unit for the purposes of forfeiture); United States v. One Parcel of Real Property, 960 F.2d 200, 206 (1st Cir. 1992)("the government is justified in describing a seized tract in the usual and customary manner reflected in the local land records.")(citing United States v. Santoro, 866 F.2d 1538, 1543 (4th Cir. 1989)).

      The 27-33 Blaine Street property was conveyed to José Neto via a single deed in October 2002. It consists of a single building which has been held under unitary ownership as far back as 1983. In determining the eligibility of the property for forfeiture, the deed of conveyance as well as the unitary ownership indicate that 27-33 Blaine Street is a single property for purposes of forfeiture.

      Accordingly, Neto's motion to amend judgment and order of forfeiture to include only 27-29 Blaine Street is DENIED.

      It is so ordered.

Dated:    March 6, 2007
           Boston, Massachusetts      /s/ Morris E. Lasker
                                                  U.S.D.J.