UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 05-10101-MEL |
| ) | |
| JOSE NETO ) | |

## NOTICE OF APPEAL

The defendant, Jose Neto, hereby gives notice of his appeal to the United States Court of Appeals for the First Circuit of the denial of his Motion to Amend Judgment and Order of Forfeiture, on March 6, 2007 by the United States District Court (Lasker, M., U.S.D. J.).

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: March 14, 2007                    H:\Word\Crim\Neto\Appeal\Notice of Appeal.002.wpd

CERTIFICATE OF SERVICE

I certify that on this date, a copy of the foregoing document was served via electronic filing upon AUSA Paul Levenson, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.