UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Crim. No. 05-10101-MEL |
| | ) |
| JOSE NETO | ) |
| | ) |

## MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

The defendant, Jose Neto, hereby moves this Honorable Court for leave to appeal in Forma Pauperis. As reasons herein, defendant states that due to his detention and confinement since March 2005, the cost of his trial defense, and the loss of his business and property, he no longer has the resources to pay for the appeal of his conviction at trial and the forfeiture to the government of the real property at 27-33 Blaine Street, Allston, Massachusetts. An affidavit in support of this motion is attached.

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: March 19, 2007      H:\Word\Crim\Neto\Appeal\Motion for Leave to Appeal in Forma Pauperis.wpd

CERTIFICATE OF SERVICE

I certify that on this date, a copy of the foregoing document was served via electronic filing upon AUSA Paul Levenson, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.

# Affidavit to Accompany
# Motion for Leave to Appeal in Forma Pauperis

District Court No. _05-cr-10101-MEL_
Appeal No. _07-1268_

United States
v.
Jose Neto

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.) Signed: _Jose P Neto_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. Date: _03.14.07_ |

My issues on appeal are:

— Errors at trial which led to conviction
— The forfeiture of property which occurred because of conviction

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NONE | $ NONE | $ | $ |
| Self-employment | $ NONE | $ NONE | $ | $ |
| Income from real property (such as rental income) | $ NONE | $ NONE | $ | $ |
| Interest and dividends | $ NONE | $ NONE | $ | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ NONE | $ NONE | $ | $ |
| Alimony | $ NONE | $ NONE | $ | $ |
| Child support | $ NONE | $ NONE | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ NONE | $ NONE | $ | $ |
| Disability (such as social security, insurance payments) | $ NONE | $ NONE | $ | $ |
| Unemployment payments | $ NONE | $ NONE | $ | $ |
| Public-assistance (such as welfare) | $ NONE | $ NONE | $ | $ |
| Other (specify): NONE | $ | $ NONE | $ | $ |
| Total Monthly income: | $ NONE | $ NONE | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| HOUSE CLEANING | BOSTON MA | AROUND | 1,200.00 |

2

4. How much cash do you and your spouse have? $ __NONE__

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | | $ | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE | | NONE | | Make & year: NONE | |
| | | | | Model: | |
| | | | | Registration#: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: NONE | | NONE | | NONE | |
| Model: | | | | | |
| Registration#: | | | | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|

ALLS CHECK   ARounD 130,000   GOVERNMENT TAKE N MY HouSE MARCH 15 2005 I TRY To RECEIVE ANY ANSER BUT I NEVER GET RESPONSE THE GOVERNMENT OR WHY THEY FORFEIT MY CHECKS CUSTUMERS

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| ~~TER~~ ARIDES NETO | SON | 13 YEARS |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ NONE | $ NONE |
| Are any real estate taxes included? ☒ Yes ☐ No | | |
| Is property insurance included? ☒ Yes ☐ No | | |

*I MAKE APPEAL TO THIS FORFEITURE ORDER*

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ NONE | $ |
| Home maintenance (repairs and upkeep) | $ NONE | $ |
| Food | $ NONE | $ |
| Clothing | $ NONE | $ |
| Laundry and dry-cleaning | $ NONE | $ |
| Medical and dental expenses | $ NONE | $ |
| Transportation (not including motor vehicle payments) | $ NONE | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ NONE | $ |
|    Homeowner's or renter's | $ NONE | $ |
|    Life | $ NONE | $ |
|    Health | $ NONE | $ |
|    Motor Vehicle | $ NONE | $ |
|    Other: NONE | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): NONE | $ | $ |
| Installment payments | $ | $ |
|    Motor Vehicle | $ | $ |
|    Credit card (name): NONE | $ | $ |
|    Department store (name): NONE | $ | $ |
|    Other: NONE | $ | $ |

4

|  |  |  |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ NOT | $ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ NOT | $ |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ | $ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
☒ Yes  ☐ No            If yes, describe on an attached sheet.

HOMELESS   HUNGRY MAN

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?*  ☐ Yes  ☐ No

If yes, how much? $ _____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
☐ Yes  ☒ No

If yes, how much? $ 10,000 FOR HIRE

If yes, state the person's name, address, and telephone number:
JOHN CUNHA   ONE STATE STREET SUITE 500
BOSTON MA 02109-3507
617 523 4300

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I'M N JAIL FOR 2 YEARS AND I HAVE NOT MONEY

5

*13. State the address of your legal residence.*

_____

_____

Your daytime phone number: (_____) _____
Your age: _____      Your years of schooling: _____

Defendant is currenty confined at:

MDC Brooklyn
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

6