UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) ) ) | |
| v. | ) ) | Crim. No. 05-10101-MEL |
| **JOSE NETO** | ) ) | |

## EMERGENCY MOTION TO STAY ORDER OF FORFEITURE

The defendant, Jose Neto, hereby moves this Honorable Court to stay its order of forfeiture of the real properties located at 27-33 Blaine Street, Allston, Massachusetts. The government has served notice that it will take the properties tomorrow morning, April 20, 2007, and that all occupants, including the defendant's wife and son, must vacate before that time or be evicted.

The defendant states that this matter is on appeal before the U.S. Court of Appeals for the First Circuit, *United States v. Jose Neto*, No. 07-1478, as he timely filed a notice of appeal regarding this Court's denial on March 6, 2007, of his Motion to Amend Judgment and Order of Forfeiture. As such, the Order should be stayed until the Appeals Court has a chance to hear the case and make its ruling.

Furthermore, it does not appear the government gave the occupants a 30-day notice of eviction, as required by M.G.L.c. 186. The forfeiture of the properties and the forced eviction of the occupants, before any appeals decision is made, could cause irreparable harm to the defendant

and his family. He therefore seeks immediate relief from this Honorable Court.

JOSE NETO
By his attorney,

/s/ *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: April 19, 2007                                H:\Word\Crim\Neto\Appeal\Emergency Motion to Stay Order of Forfeiture.wpd

CERTIFICATE OF SERVICE

I certify that on this date, a copy of the foregoing document was served via electronic filing upon AUSA Paul Levenson, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/ *John H. Cunha Jr.*
John H. Cunha Jr.