## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Crim. No. 05-10101-MEL** |
| | ) | |
| **JOSE NETO** | ) | |

## MOTION FOR TEMPORARY APPOINTMENT OF COUNSEL, *NUNC PRO TUNC*

Undersigned counsel for the defendant, Jose Neto, hereby requests that this Court issue a CJA appointment, effective as of March 20, 2007, the date this Court granted the defendant's Motion for Leave to Appeal *In Forma Pauperis*, to allow counsel to represent the defendant in the immediate matter.

As reasons herein, counsel states as follows:

1.    Undersigned counsel was retained to represent the defendant at trial before this Court.  After the trial's conclusion, the defendant asked that counsel appeal his conviction and the resulting sentence and order to forfeit his properties at 27-33 Blaine Street, Allston, Massachusetts to the government.

2.    In order to timely appeal those issues, it was necessary for counsel to file two separate notices of appeal; the first was filed on January 25, 2007, following the defendant's sentencing hearing, and the second was filed on March 14, 2007, following this Court's denial of the defendant's Motion to Alter Judgment, which directly related to the forfeiture issue at bar.

3.    The First Circuit Court of Appeals opened two separate case dockets: No. 07-1268, for the appeal of conviction and sentence; and, No. 07-1478, for the appeal

of the forfeiture order.  On March 28, 2007, the appeals court ordered that the two cases be "consolidated for purposes of briefing and oral argument."  Order of Court, March 28, 2007, attached at 1.

4.     Following this Court's order granting the defendant's Motion for Leave to Appeal *In Forma Pauperis*, the defendant informed the undersigned counsel that he would seek appointment of new counsel on appeal.  The defendant filled out separate forms for both pending appeals, expressly indicating on both his request for the court to assign him new counsel.  He mailed the first form directly to the Court of Appeals clerk's office, and the second form to the undersigned counsel. Upon receipt, the undersigned counsel attached the defendant's selection of counsel form to a Motion to Withdraw from both pending appeals, and filed it with the Court of Appeals on April 11, 2007.

4.     On April 19, 2007, the defendant's family contacted the undersigned counsel regarding the government's notice to them that the real properties at 27-33 Blaine Street, Allston, Massachusetts, would be seized the following day, April 20, 2007, and that all occupants, including the defendant's wife and son, had to vacate before that time or be evicted.

5.     The undersigned counsel contacted the Court of Appeals clerk's office to learn the status of the defendant's representation, and was informed that despite the case consolidation, a CJA panel attorney, Charles K. Stephenson, had been assigned only to the appeal No. 07-1268, concerning the defendant's conviction and sentencing.  *See* Order of Court, April 19, 2007, attached at 2 (confirming

2

appointment of new counsel for the first appeal).  The clerk's office stated that no

decision had yet been made on whether to also give the forfeiture appeal to

Attorney Stephenson or assign it to a separate attorney, because the Court had not

yet specifically ruled that the undersigned counsel would be allowed to withdraw

from the forfeiture case, No. 07-1478.

6.      In the absence of that ruling, the undersigned counsel has continued to represent

the defendant's interests on the forfeiture matter.  He filed the Emergency Motion

to Stay Order of Forfeiture on April 19, 2007, to prevent the defendant's family

from being forcibly evicted while the issue is on appeal.

7.      In light of the government's formal opposition to the defendant's emergency

motion, and the Court's immediate need to hear from both sides, the undersigned

counsel requests that he be appointed under the CJA Act, *nunc pro tunc* to March

20, 2007, to represent the defendant on the forfeiture issue until the First Circuit

Court of Appeals allows him to withdraw.

/s/    *John H. Cunha Jr.*

John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: April 24, 2007

H:\Word\Crim\Neto\motion for temporary appointment.wpd

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served via electronic filing upon AUSA Paul G. Levenson, U.S. Attorney, 1 Courthouse Way, Boston, MA 02210.

/s/    *John H. Cunha Jr.*

John H. Cunha Jr.

3

# United States Court of Appeals
## For the First Circuit

Nos. 07-1268; 07-1478

UNITED STATES,

Appellee,

v.

JOSE NETO,

Defendant, Appellant.

**ORDER OF COURT**

Entered: March 28, 2007
Pursuant to 1st Cir. R. 27.0(d)

Appeal Nos. 07-1268 and 07-1478 are consolidated for purposes of briefing and oral argument. See Fed. R. App. P. 3(b)(2). The parties are directed to use the above caption on all future filings related to these cases.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER
By:_____
Chief Deputy Clerk

[cc: Helen Holcomb, Esq., John H. Cunha, Jr., Esq., George W. Vien, AUSA,
Paul Getz Levenson, AUSA, Dina M. Chaitowitz, AUSA]

# United States Court of Appeals
## For the First Circuit

No. 07-1268

UNITED STATES,

Appellee,

v.

JOSE NETO,

Defendant - Appellant.

**ORDER OF COURT**
Entered: April 19, 2007
Pursuant to 1st Cir. R. 27(d)

Defendant's request for appointment of new counsel on appeal is <u>granted</u>. Attorney Charles K. Stephenson is appointed as counsel for appellant under the guidelines of the Criminal Justice Act, 18 U.S.C. § 3006A.

Accordingly, Attorneys Helen Holcomb and John Cunha Jr. are allowed to withdraw as counsel for appellant.

On or before **May 8, 2007,** Attorney Stephenson must file the transcript order forms, accompanied by a CJA Form 24 vouchers.

By the Court:
Richard Cushing Donovan, Clerk

By:_____ AMY B. LEDERER
Appeals Attorney

[cc: Jose Neto, Helen Holcomb, Esq., John H. Cunha, Jr., Esq., Charles K. Stephenson, Esq., George W. Vien, AUSA, Paul Getz Levenson, AUSA, Dina M. Chaitowitz, AUSA]