UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10101

United States of America

v.

Jose Neto

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

NOA #87 Document #88 & endorsed order

and contained in NOA #87 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/14/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 21, 2007.

Sarah A. Thornton, Clerk of Court

By _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 4/19/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1478

- 3/06