UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JOSE NETO,  )<br>  Defendant.  )<br>)<br>) | Criminal No. 05-10101-MEL |

**JOINT MOTION TO CONTINUE HEARING**

The parties, the United States of America and Jose Neto, by their undersigned counsel, respectfully request that the Court continue the scheduled hearing set for Monday, May 14, 2007 until May 31, 2007 at 2:30 p.m.

Dated: May 15, 2007

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Kristina E. Barclay
Assistant U.S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

DEFENDANT JOSE NETO,
By his attorney

By: /s/John H. Cunha, Jr.
John H. Cunha, Jr.
Cunha & Holcomb, PC
Suite 500
One State Street
Boston, MA 02109-3507
(617) 523-4300