UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA,         )
      Plaintiff,                  )
                                  )
            v.                    )    05-CR-10101-MEL
                                  )
JOSE NETO,                        )
      Defendant.                  )
                                  )
```

MEMORANDUM AND ORDER

LASKER, D.J.

      Jose Neto moves to stay the Final Order of Forfeiture issued by this Court on January 18, 2007 for the property at 27-33 Blaine Street in Allston, Massachusetts. Neto seeks a discretionary stay pending the outcome of Neto's appeal pursuant to Rule 32.2(d) of the Federal Rules of Criminal Procedure.

      In support of his motion, Neto argues that there is a reasonable likelihood he will succeed on appeal. Neto further contends that carrying out an immediate forfeiture would create extreme hardship for his wife and minor son who reside on the property, especially since his wife cannot legally work in the United States.

      The government argues that the forfeiture should not be stayed for several reasons. First, the government maintains that Neto has little or no chance of succeeding on his appeal. Second, the government asserts that in deciding this motion, this

Court should not consider the impact the forfeiture would have on Neto's wife and son, because they did not file claims to the property, request a stay themselves, or otherwise establish a legally cognizable interest in the property.  Finally, the government points out that during a May 16, 2007 inspection of the Blaine Street property, it was discovered that at least two illegal aliens were living on the premises.  Given Neto's conviction for harboring illegal aliens, the government contends that the Court should not allow Neto's wife to earn income from renting the property to illegal aliens.

For the reasons set forth in the government's memorandum, Neto's motion to stay the forfeiture pending the resolution of his appeal is DENIED.  The effect of this order is stayed for twenty days to allow an appeal, if such is legally permissible, to the Court of Appeals for a further stay.

It is so ordered.

Dated:     June 13, 2007
           Boston, Massachusetts     /s/ Morris E. Lasker
                                            U.S.D.J.