AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**v.**

JOSE NETO

**APPEARANCE**

Case Number: 05-10101-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    the United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 5, 2007 | /s/ Eugenia M. Carris |
| Date | Signature |
| | Eugenia M. Carris |
| | Print Name                              Bar Number |
| | USAO, 1 Courthouse Way, Suite 9200 |
| | Address |
| | Boston                    MA     02210 |
| | City                       State        Zip Code |
| | 617-748-3376        617-748-3954 |
| | Phone Number                         Fax Number |

## **CERTIFICATE OF SERVICE**

Suffolk, ss.                                                              Boston, Massachusetts
                                                                          July 5, 2007


     I, Eugenia M. Carris, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ *Eugenia M. Carris*
Eugenia M. Carris
Assistant U.S. Attorney