PART I

FILED
IN CLERKS OFFICE

**PETITION UNDER 28 USC § 2225 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

2008 JAN -4 P 4: 11

| UNITED STATES DISTRICT COURT | District BOSTON MASSACHUSSETTS | |
|---|---|---|
| Name of Movant Jose Neto | Prisoner No. 25555-038 | Case No. MEL 05CR10101-001 |
| Place of Confinement W. Wyatt datantion | | |
| UNITED STATES OF AMERICA | V. | Jose Neto (name under which convicted) |

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   District Court of Massachussetts BOSTON

2. Date of judgment of conviction January 25, 2007

3. Length of sentence 60 months with 6 months concurrent FORFEITURE

4. Nature of offenses involved (all counts) 18 USC § 201, 8 USC § 1324 (a)

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: I plead guilty to counts 1 thru 32s and 42s
   Not guilty to 33, 34, 35 and 36s thru 41

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Nos. 07-1263
   Yes ☒   No ☐                                              07-1478

BUSTED BY THE FEDS

9. If you did appeal, answer the following:

    (a) Name of court  District Court Boston, Mass

    (b) Result  Affirm District Court ruling Judgment.

    (c) Date of result  Dec 5 2007

10. Other than a direct appeal from the judgement of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgement in any federal court?

    Yes ☐       No ☒

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    _____

    _____

    _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?

    Yes ☐       No ☐

    (5) Result _____

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    _____

    _____

    _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐          No ☐

(5) Result_____

(6) Date of result_____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐      No ☐
(2) Second petition, etc.     Yes ☐      No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____
_____
_____
_____
_____
_____
_____
_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

**Caution:** **If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

PART I

D. Ground four: See Attachment

Supporting FACTS (state briefly without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

None of the above grounds were presented because my attorney was inaffective

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☒      No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:
    (a) At preliminary hearing   John Cunha

    (b) At arraignment and plea   John Cunha

    (c) At trial   John Cunha

    (d) At sentencing   John Cunha

153

BUSTED BY THE FEDS

(e) On appeal  John Cunha then later, Charles K. Stephenson

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒        No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐        No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐        No ☒

Wherefore, movant prays that the court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

DEC 24 2007
(Date)

_José Nelo_
Signature of Movant

154